B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>**Southern District of Ohio** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Neyer, Thomas L Jr.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-8753** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**419 Torrence Court**<br>**Cincinnati, OH**<br>ZIP Code **45202** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Hamilton** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization)
(Check one box)

- ■ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity**
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- ■ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)

- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(4/10)                                                                                              Page 2

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Neyer, Thomas L Jr.** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>    Signature of Attorney for Debtor(s)          (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)


_____
(Address of landlord)


☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(4/10)                                                                                                          Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Neyer, Thomas L Jr.** |

**Signatures**

## Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Thomas L Neyer, Jr.**
  _____
  Signature of Debtor  **Thomas L Neyer, Jr.**

X _____
  Signature of Joint Debtor

  _____
  Telephone Number (If not represented by attorney)

  **June 23, 2011**
  _____
  Date

## Signature of Attorney*

X **/s/ Robert A. Goering**
  _____
  Signature of Attorney for Debtor(s)

  **Robert A. Goering 0003884**
  _____
  Printed Name of Attorney for Debtor(s)

  **Goering & Goering**
  _____
  Firm Name

  **220 West Third Street**
  **Cincinnati, OH 45202**

  _____
  Address

  **(513) 621-0912**
  _____
  Telephone Number

  **June 23, 2011**
  _____
  Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

## Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
  Signature of Authorized Individual

  _____
  Printed Name of Authorized Individual

  _____
  Title of Authorized Individual

  _____
  Date

## Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
  Signature of Foreign Representative

  _____
  Printed Name of Foreign Representative

  _____
  Date

## Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

  _____
  Printed Name and title, if any, of Bankruptcy Petition Preparer

  _____
  Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

  _____
  Address

X _____

  _____
  Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Southern District of Ohio

In re    **Thomas L Neyer, Jr.**                       Case No. _____

                                 Debtor(s)           Chapter     **7**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.                                                     Page 2

&#9744; Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

&#9744; Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

&#9744; Active military duty in a military combat zone.

&#9744; 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:    **/s/ Thomas L Neyer, Jr.**
                        **Thomas L Neyer, Jr.**

Date:    **June 23, 2011**

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Southern District of Ohio

In re    **Thomas L Neyer, Jr.** _____ ,    Case No. _____

                                                Debtor

                                                Chapter _____ **7** _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 1,110,000.00 | | |
| B - Personal Property | Yes | 6 | 332,276.72 | | |
| C - Property Claimed as Exempt | Yes | 2 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | 3,404,150.59 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 30 | | 65,493,978.55 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 10,620.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 10,620.00 |
| Total Number of Sheets of ALL Schedules | | 46 | | | |
| | Total Assets | | 1,442,276.72 | | |
| | | Total Liabilities | | 68,898,129.14 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
## Southern District of Ohio

In re    **Thomas L Neyer, Jr.** _____,    Case No. _____

Debtor

Chapter _____ **7** _____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

■  Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

.

In re     **Thomas L Neyer, Jr.** _____ ,     Case No. _____
                                                Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **419 Torrence Court Cincinnati, OH 45202**<br><br>**1st- 714,000 2nd- 250,000** | **own** | **-** | **900,000.00** | **964,000.00** |
| **2216 - 2218 Ohio Ave Cinti OH  45219**<br><br>**1st-   96,000 2nd-1,200,000** | **own** | **-** | **210,000.00** | **1,296,000.00** |

|  |  |  |
|---|---|---|
| Sub-Total > | **1,110,000.00** | (Total of this page) |
| Total > | **1,110,000.00** |  |

**_0_** continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

.

In re      **Thomas L Neyer, Jr.**                                                              ,      Case No. _____
                                                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | | **Cash on Hand** | - | 100.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **PNC Bank- checking & savings** | - | 20.00 |
| | | **Fifth Third Bank- 2 checking accounts** | - | 0.00 |
| | | **Cincinnati Federal Savings & Loan- checking** | - | 10.00 |
| | | **Central Bank- checking** | - | 240.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **1/2 interest:** | - | 1,920.00 |
| | | **Living Room Set-200** | | |
| | | **Dining Room Set-200** | | |
| | | **Family Room Set-200** | | |
| | | **Study Desk & Chairs-100** | | |
| | | **Master Bedroom - 250** | | |
| | | **2 Guest Bedroom-100** | | |
| | | **Washer-100** | | |
| | | **Dryer-100** | | |
| | | **Lamps & Tables-100** | | |
| | | **Computer-50** | | |
| | | **2 TVs-250** | | |
| | | **3 Old TVs-20** | | |
| | | **Stereo-100** | | |
| | | **Microwave-25** | | |
| | | **Misc. Household Items (each)- 150** | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **47 Paintings and art objects** | - | 75,000.00 |
| 6. Wearing apparel. | | **Wearing Apparel** | - | 200.00 |

|  | Sub-Total > | 77,490.00 |
|---|---|---|
|  | (Total of this page) | |

__5__   continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Thomas L Neyer, Jr.** _____ ,    Case No. _____
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 7.  Furs and jewelry. | | **Watch-50**<br>**Wedding Ring-150** | - | 200.00 |
| 8.  Firearms and sports, photographic, and other hobby equipment. | | **1 set of golf clubs** | - | 50.00 |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Ohio National Life, $50,000 Life Insurance Policy. Wife is beneficiary** | - | 15,000.00 |
| | | **AXA Insurance 3,000,000. Term Life Policy wife is beneficiary** | - | 0.00 |
| 10.  Annuities. Itemize and name each issuer. | X | | | |
| 11.  Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12.  Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **PNC  SEP Pension Fund** | - | 3,277.17 |
| | | **Deeters & Bodnar IRA Account** | - | 1,979.55 |
| 13.  Stock and interests in incorporated and unincorporated businesses. Itemize. | | **100% Neyer Holdings LLC (owns 100% of Neyer Holdings Corp) (no cash value)** | - | 0.00 |
| | | **27.36 % Kings Mill LLC.  This is 34 acres of undeveloped farm land in Mason, Ohio in Kings Mill about 2/3 of a mile from I-71.    Operating Agreement that restricts alienation.** | - | 125,580.00 |
| | | **8.5 % Interest Wooster Park LLC.  Office condos development on Old Wooster Pike East of Beechmont Levy and 1 acre of flood plain. Not counting discount for minority interest.** | - | 5,600.00 |
| | | **Neyer Holdings Corp<br>Owns 100% Neyer Holdings A LLC.  This is the owner of 12 1/2 % of Kenwood Town Place (no cash value)** | - | 0.00 |
| | | **100% Neyer Holdings C LLC which is an investor in Walnut Group LLC Fund which is a private equity venture Capital Fund.  This fund will expire in 2014 and fund is not producing any return.** | - | Unknown |

Sub-Total >      151,686.72
(Total of this page)

Sheet  __1__  of  __5__  continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    __Thomas L Neyer, Jr._____ ,    Case No. _____
                                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | 100% of Neyer Holdings D LLC. Property was foreclosed (no assets) | - | 0.00 |
| | | 100% Neyer Holdings E LLC. owns 92% of Mt Adams Equity Partners which owns 3 acres of development ground in Mt. Adams on Elsinor Ave. Property is worth about $250,000 loan to PNC and $250,000 property taxes are unpaid. (no value) | - | 0.00 |
| | | 100% Neyer Holdings F LLC which owns 100% of 646 Main Street which is a particlly developed condo buildingon Main Street.  Mortgage exceeds value. | - | 0.00 |
| | | 100% Neyer Holdings H LLC Development Property in N.C. house went through foreclosure for a deficiency. (no cash value) | - | 0.00 |
| | | 100% Neyer Holdings G LLC owns 30% of Howell St LLC which owns 3 pieces of rental property in Clifton.  The property covers debt but not operating expenses. | - | Unknown |
| | | 100% Neyer Holdings J LLC    no activity | - | 0.00 |
| | | 100% Neyer Holdings K LLC which owns 50% interest in Collins Neyer LLC.  This has no activity. (no cash value). | - | 0.00 |
| | | 100% of Cascade K R LLC.  This is a surplus land disaposal service.  6 remaining properties are being foreclosed by Bank of America. (no cash value) | - | 0.00 |
| | | 100% Strategic Investments Study Center LLC  no activity | - | 0.00 |
| | | 100% CNC Rush Management LLC assets sold in early 2011 for a $50,000 partial return of capital. | - | 0.00 |
| | | 57% Neyer GFF LLC. Start up company owns 2 to 5% of Global Fresh Foods | - | Unknown |
| | | 8th & Linn LLC dissolved 12/15/10 | - | 0.00 |
| | | 50% Adams Energy LLC was a development that tried to produce an energy sourse. (No activity, no cash value) | - | 0.00 |
| | | 50% Johnson Neyer LLC      (no cash value) | - | 0.00 |

|  | Sub-Total > | 0.00 |
|---|---|---|
|  | (Total of this page) |  |

Sheet __2__ of __5__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **Thomas L Neyer, Jr.**                                              ,   Case No. _____
                                          Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Cascade Advisors LLC dissolved 11-09 (no cash value) | - | 0.00 |
| | | Neyer Holdings LLC is 100% owned by debtor. It owns 66% of NCHIPI LLC, This owns 15% of IPI corp which makes pipe in Charlotte, NC. | - | Unknown |
| | | Neyer Holdings LLC is 100% owned by debtor. It owns 80% of NCH CFW LLC which owns 40% of Contractors Financial Warehouse.  Since there are few construction loans this LLC has been dormant for 2 years. (no cash value). | - | 0.00 |
| | | Neyer Holdings LLC is 100% owned by debtor. It owns 75% of NHC FPG LLC which owns 50% of Flying Pigs Games LLC which is start up card game corporation which has only a few sales. P & L shows 255,000 less Balance sheet shows $1248 net worth. | - | Unknown |
| | | Neyer Holdings LLC is 100% owned by debtor. It owns 80.25 % of NHC of I Status LLC, 100% NHC I Status II LLC. These businesses owns 14% of a technology company which is a start up tech company trying to develop software for internet commerce.  There has been no revenue and technology is not fully developed. | - | Unknown |
| | | 50% owner TNHS LLC.  Borrowed money for Kenwood Towne Place.  1.2mm still owing unsecured. | - | 0.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | Note from I Status LLC for $10,000 (not presently collectible) | - | Unknown |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |

Sub-Total >                 0.00
(Total of this page)

Sheet __3__ of __5__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Thomas L Neyer, Jr.**                                                    ,    Case No. _____
                                        Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | **Possible 2010 Income Tax Refund** | - | **Unknown** |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **Debtor is the Plaintiff & Defendant in suit against Matt Daniels, Bank of America, Bear Creek Capital, Bear Creek Construction et al.  This is a complex piece of litigation.** | - | **Unknown** |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2008 Volvo (mortgaged)** | - | **23,000.00** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **6 well used refrigerators and stoves in 2216-2218 Ohio Ave** | - | **100.00** |

|  | Sub-Total >  | **23,100.00** |
|---|---|---|
|  | (Total of this page) | |

Sheet   **4**   of   **5**   continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                        Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re   **Thomas L Neyer, Jr.**                     ,      Case No. _____

Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | **Approx 4,000 bottles of wine** | - | 80,000.00 |

|  |  |
|---|---|
| Sub-Total > | **80,000.00** |
| (Total of this page) | |
| Total > | **332,276.72** |

Sheet  **5**  of  **5**  continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6C (Official Form 6C) (4/10)

.

In re   **Thomas L Neyer, Jr.**                                            ,        Case No. _____
_____
                              Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                            $146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter*
☐ 11 U.S.C. §522(b)(2)                                                     *with respect to cases commenced on or after the date of adjustment.)*
☑ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property**<br>**419 Torrence Court**<br>**Cincinnati, OH 45202**<br><br>**1st- 714,000**<br>**2nd- 250,000** | **Ohio Rev. Code Ann. § 2329.66(A)(1)** | **21,625.00** | **900,000.00** |
| **Household Goods and Furnishings**<br>**1/2 interest:**<br><br>**Living Room Set-200**<br>**Dining Room Set-200**<br>**Family Room Set-200**<br>**Study Desk & Chairs-100**<br>**Master Bedroom - 250**<br>**2 Guest Bedroom-100**<br>**Washer-100**<br>**Dryer-100**<br>**Lamps & Tables-100**<br>**Computer-50**<br>**2 TVs-250**<br>**3 Old TVs-20**<br>**Stereo-100**<br>**Microwave-25**<br>**Misc. Household Items (each)- 150** | **Ohio Rev. Code Ann. § 2329.66(A)(4)(a)** | **1,920.00** | **1,920.00** |
| **Books, Pictures and Other Art Objects; Collectibles**<br>**47 Paintings and art objects** | **Ohio Rev. Code Ann. § 2329.66(A)(4)(a)** | **9,355.00** | **75,000.00** |
| **Wearing Apparel**<br>**Wearing Apparel** | **Ohio Rev. Code Ann. § 2329.66(A)(4)(a)** | **200.00** | **200.00** |
| **Furs and Jewelry**<br>**Watch-50**<br>**Wedding Ring-150** | **Ohio Rev. Code Ann. § 2329.66(A)(4)(b)** | **200.00** | **200.00** |
| **Firearms and Sports, Photographic and Other Hobby Equipment**<br>**1 set of golf clubs** | **Ohio Rev. Code Ann. § 2329.66(A)(4)(a)** | **50.00** | **50.00** |
| **Interests in Insurance Policies**<br>**Ohio National Life, $50,000 Life Insurance Policy. Wife is beneficiary** | **Ohio Rev. Code Ann. §§ 2329.66(A)(6)(b), 3911.10, 3911.12, 3911.14** | **100%** | **15,000.00** |
| **AXA Insurance 3,000,000. Term Life Policy wife is beneficiary** | **Ohio Rev. Code Ann. §§ 2329.66(A)(6)(b), 3911.10, 3911.12, 3911.14** | **100%** | **0.00** |

___1___ continuation sheets attached to Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

B6C (Official Form 6C) (4/10) -- Cont.

In re      **Thomas L Neyer, Jr.**                                    ,          Case No. _____
                                          Debtor

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| **PNC  SEP Pension Fund** | **Ohio Rev. Code Ann. § 2329.66(A)(10)(b)** | **100%** | **3,277.17** |
| **Deeters & Bodnar IRA Account** | **Ohio Rev. Code Ann. § 2329.66(A)(10)(b)** | **100%** | **1,979.55** |
| **Other Exemptions** | | | |
| **Money including non exmept wages and money at all bank accounts and possible 2010 Income Tax Refund** | **Ohio Rev. Code Ann. § 2329.66(A)(3)** | **425.00** | **425.00** |
| **Any property including possible 2010 Income Tax Refund** | **Ohio Rev. Code Ann. § 2329.66(A)(18)** | **1,150.00** | **1,150.00** |

|  | Total: | **55,181.72** | **999,201.72** |
|---|---|---|---|

Sheet ___1___ of ___1___ continuation sheets attached to the Schedule of Property Claimed as Exempt

B6D (Official Form 6D) (12/07)

In re **Thomas L Neyer, Jr.** _____,     Case No. _____
                          Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **ACS Leasing** 6249 Stewart Road Cincinnati, OH 45227 | | - | **Leased** **2006 BMW & 2003 Audi** Value $ 0.00 | | | | 26,000.00 | 26,000.00 |
| Account No. 0636445448-5 **Citimortgage Inc** 4010 Regent Blvd Irving, TX 75063 | | | 8/19/03 **1st Mtg** **419 Torrence Court** Value $ 900,000.00 | | | | 714,000.00 | 0.00 |
| Account No. **Fifth Third Bank** 38 Fountain Square Plaza Cincinnati, OH 45202 | | - | **2nd Mtg** **419 Torrence Court** Value $ 900,000.00 | | | | 250,000.00 | 0.00 |
| Account No. **Fifth Third Bank** 38 Fountain Square Plaza Cincinnati, OH 45202 | | - | **Finance Purchase** **2008 Volvo** Value $ 23,000.00 | | | | 20,900.00 | 0.00 |
| __1__ continuation sheets attached | | | Subtotal (Total of this page) | | | | 1,010,900.00 | 26,000.00 |

B6D (Official Form 6D) (12/07) - Cont.

In re    **Thomas L Neyer, Jr.** _____,    Case No. _____

                                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Notice Only | | | | | |
| **Graydon Head & Richie atty for Park National Bank 511 Walnut Suite 1900 Cincinnati, OH 45202** | - | | | | | | | |
| | | | Value $                    0.00 | | | | 0.00 | 0.00 |
| Account No. | | | Unrecorded pledge agreement on 5,000 bottles of wine | | | | | |
| **Tom Neyer Sr 731 Lindell Lane Cincinnati, OH 45226** | - | | | | | | | |
| | | | Value $              300,000.00 | | | | 1,100,000.00 | 800,000.00 |
| Account No. **86000155** | | | 2216-2218 Ohio Ave | | | | | |
| **Park National Bank 8366 Princeton Glendale Road #A West Chester, OH 45069** | - | | | | | | | |
| | | | Value $              210,000.00 | | | | 93,250.59 | 0.00 |
| Account No. | | | 4/10  2nd Mtg  2216-2218 Ohio Ave | | | | | |
| **Union Savings Bank 8534 E. Kemper Road Cincinnati, OH 45249** | - | | | | | | | |
| | | | Value $              210,000.00 | | | | 1,200,000.00 | 990,000.00 |
| Account No. | | | Notice only | | | | | |
| **Santina Vanzant Attorney for Union Savings Bank 8534 E Kemper Road Cincinnati, OH 45249** | - | | | | | | | |
| | | | Value $                    0.00 | | | | 0.00 | 0.00 |

Sheet __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

|  | Subtotal (Total of this page) | 2,393,250.59 | 1,790,000.00 |
|---|---|---|---|
|  | Total (Report on Summary of Schedules) | 3,404,150.59 | 1,816,000.00 |

B6E (Official Form 6E) (4/10)

.

In re     **Thomas L Neyer, Jr.**                                                     Case No. _____
_____,
Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

___0___ continuation sheets attached

B6F (Official Form 6F) (12/07)

In re     **Thomas L Neyer, Jr.**                                                              ,        Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Edward Akin<br>2200 US Bank Tower<br>425 Walnut Street<br>Cincinnati, OH 45202** | - | | **Notice Only** | | | | 0.00 |
| Account No.<br><br>**Arts Rental<br>215 East 6th<br>Newport, KY 41071** | - | | **Disputed Potential contingent liability with Bear Creek Capital & Bear Creek Construction** | | | | 0.00 |
| Account No.<br><br>**Nathan Bachrach<br>4367 Chidester Lane<br>Cincinnati, OH 45241** | - | | **Disputed Potential contingent liability with Bear Creek Capital & Bear Creek Construction** | | | | 0.00 |
| Account No.<br><br>**Essel Bailey<br>315 East Eisenhower Parkway #212<br>Ann Arbor, MI 48108** | - | | **2006<br>Disputed contingent liability with RCHP<br>Notice only** | | | | 0.00 |
| __29__  continuation sheets attached | | | Subtotal<br>(Total of this page) | | | | 0.00 |

B6F (Official Form 6F) (12/07) - Cont.

In re    **Thomas L Neyer, Jr.** _____,    Case No. _____
                                                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Timothy Baird** <br> **455 Delta Ave #405** <br> **Cincinnati, OH 45226** | - | | | **Disputed Potential contingent liability with Bear Creek Capital & Bear Creek Construction** | | | | **0.00** |
| Account No. <br><br> **Bruce Baker** <br> **3709 Fawn Run Drive** <br> **Cincinnati, OH 45241** | - | | | **Disputed Potential contingent liability with Bear Creek Capital & Bear Creek Construction** | | | | **0.00** |
| Account No. <br><br> **Thomas W Baker** <br> **1150 Huntington Building** <br> **925 Euclid Avenue** <br> **Cleveland, OH 44115** | - | | | **Notice Only** | | | | **0.00** |
| Account No. <br><br> **Bank of America** <br> **PO Box 15026** <br> **Wilmington, DE 19850-5026** | - | | | **2007** <br> **Personal Guarantee for 96,400,000 payment guarantee. Completion guaratnee of $20,000,000. This amount will be reduced by sale of the Kenwood project and payment by other guarantors** | | | | **50,000,000.00** |
| Account No. <br><br> **Bank of America** <br> **Serve Stat Agent CT Corporation System** <br> **1300 East Ninth Street** <br> **Cleveland, OH 44114** | - | | | **Disputed Potential contingent liability with Bear Creek Capital & Bear Creek Construction** | | | | **0.00** |

Sheet no. __1__ of __29__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal **50,000,000.00**
(Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    **Thomas L Neyer, Jr.**                             ,      Case No. _____

                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | **NOTICE ONLY** | | | | |
| **Eliot Bastian attorney for Integra 201 East Fifth Street #2200 Cincinnati, OH 45202** | - | | | | | | **0.00** |
| Account No. | | | **Notice Only** | | | | |
| **Benjamin Yocum and Heather Atty for Kraft, Hicon, Laforce, etc 300 Pike Street Suite 500 Attention Thomas Yocum Cincinnati, OH 45202** | - | | | | | | **0.00** |
| Account No. | | | **Notice Only** | | | | |
| **Gregory Berberich 2200 Fourth & VIne Cincinnati, OH 45202** | - | | | | | | **0.00** |
| Account No. | | | **Notice Only** | | | | |
| **Michael Bergmann 6020 Cheviot Road Cincinnati, OH 45247** | - | | | | | | **0.00** |
| Account No. | | | **2006-2010 Disputed contingent liability with Cascades** | | | | |
| **Boyd Corley Construction 12410 Centrell Road #200 Little Rock, AR 72223** | - | | | | | | **40,000.00** |

| | | |
|---|---|---|
| Sheet no. __2___ of __29__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | **40,000.00** |

B6F (Official Form 6F) (12/07) - Cont.

In re    **Thomas L Neyer, Jr.**                                                    ,    Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**Sandy Bradshaw**<br>**address unknown** | | - | | **Disputed Potential contingent liability with Bear Creek Capital & Bear Creek Construction** | | | | **0.00** |
| Account No.<br><br>**Phyllis Brown**<br>**Atty for Henry W Schneider & DOV II**<br>**119 E Court Street**<br>**Cincinnati, OH 45202** | | - | | **Notice Only** | | | | **0.00** |
| Account No.<br><br>**David Burleigh**<br>**441 Vine Street #3500**<br>**Cincinnati, OH 45202** | | - | | **Disputed Potential contingent liability with Bear Creek Capital & Bear Creek Construction** | | | | **0.00** |
| Account No.<br><br>**Robert Burns**<br>**817 Main Street 8th Floor**<br>**Cincinnati, OH 45202** | | - | | **Notice Only** | | | | **0.00** |
| Account No.<br><br>**Busch Elevator Systems**<br>**108 East 13th Street**<br>**Cincinnati, OH 45210** | | - | | **2006**<br>**Disputed contingent liability with Cascade KR, RCHP, LLC** | | | | **180,000.00** |

Sheet no. __3__ of __29__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal                                            
(Total of this page)                             **180,000.00**

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Thomas L Neyer, Jr.**                                          ,    Case No. _____
                                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Buttermilk Towne Center LLC**<br>**9549 Montgomery Road 3rd Floor**<br>**Cincinnati, OH 45242** | - | | **Disputed Potential contingent liability with Bear Creek Capital & Bear Creek Construction** | | | | 0.00 |
| Account No.<br><br>**Central Insulation Systems Inc**<br>**300 Murray Road**<br>**Cincinnati, OH 45217** | - | | **Disputed Potential contingent liability with Bear Creek Capital & Bear Creek Construction** | | | | 0.00 |
| Account No.<br><br>**Chester Willcox & Saxbe LLC**<br>**James Abrams**<br>**65 East State Street #1000**<br>**Columbus, OH 43215** | - | | **Notice Only** | | | | 0.00 |
| Account No. 01-63000044<br><br>**Cincinnati Federal S & L**<br>**4310 Glenway Ave**<br>**Cincinnati, OH 45205** | - | | **2008**<br>**guarantor for Neyer Holdings F, LLC** | | | | 880,000.00 |
| Account No.<br><br>**Cincinnati Federal Savings & Loan**<br>**6581 Harrison Ave**<br>**Cincinnati, OH 45247** | - | | **2008**<br>**Guarantee of Neyer Holdings F and personal loan** | | | | 950,000.00 |

Sheet no. __4__ of __29__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    **1,830,000.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Thomas L Neyer, Jr.**                                                          ,        Case No. _____
                                                                Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**City of Carollton**<br>**1945 E Jackson Road**<br>**Carrollton, TX 75006** | | - | **2006-2010**<br>**Disputed contingent liability with Cascades** | | | | 60,000.00 |
| Account No.<br><br>**City of Memphis Treasurer**<br>**P O Box 185**<br>**Memphis, TN 38101** | | - | **2008-2010**<br>**Disputed contingent liability with Cascade KR** | | | | 20,000.00 |
| Account No.<br><br>**Clark Schaefer and Hackett**<br>**One East 4th Street #1200**<br>**Cincinnati, OH 45202** | | - | **2008-2010**<br>**Accountant Fees** | | | | 6,000.00 |
| Account No.<br><br>**Clark Schaefer Hacket**<br>**1 East 4th Street**<br>**Cincinnati, OH 45202** | | - | **Contingent Liability as business partner**<br>**Notice Only** | | | | 0.00 |
| Account No.<br><br>**Cohen Todd Kite & Stanford**<br>**250 E Fifth Street Suite 1200**<br>**Cincinnati, OH 45202** | | - | **Notice Only** | | | | 0.00 |

Sheet no. __5__ of __29__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                86,000.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Thomas L Neyer, Jr.**                          ,        Case No. _____

                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community — DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Phil D Collins**<br>**6355 South Clippinger Drive**<br>**Cincinnati, OH 45243** | - | | **Contingent Liability as business partner**<br>**Notice Only** | | | | **0.00** |
| Account No.<br><br>**Corporation Service Cojmpany**<br>**P O Box 13397**<br>**Philadelphia, PA 19101** | - | | **2008-2010**<br>**Disputed contingent liability with Cascade KR** | | | | **1,000.00** |
| Account No.<br><br>**Cushman & Wakefield**<br>**55 Ivan Allen Jr Blvd #700**<br>**Atlanta, GA 30308** | - | | **2008-2010**<br>**Appraisal** | | | | **20,000.00** |
| Account No.<br><br>**Matthew Daniels**<br>**7805 Brill Road**<br>**Cincinnati, OH 45243** | - | | **Disputed Potential contingent liability with**<br>**Bear Creek Capital & Bear Creek Construction** | | | | **0.00** |
| Account No.<br><br>**Steven Davis, Esq.**<br>**Atty for Timothy Baird**<br>**3074 Madison Road**<br>**Cincinnati, OH 45209** | - | | **Notice Only** | | | | **0.00** |

Sheet no. __6__ of __29__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

               Subtotal             
(Total of this page)    **21,000.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Thomas L Neyer, Jr.**                    ,        Case No. _____

                                 Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | - | | 2006 Guarantor of Neyer Holding Corp, Equipment Leas | | | | |
| De Lage Landen P O Box 41602 Philadelphia, PA 19101 | | | | | | | | 20,000.00 |
| Account No. | | - | | Notice Only | | | | |
| DeHaan & Bach 11256 Cornell Park Drive #500 Cincinnati, OH 45242 | | | | | | | | 0.00 |
| Account No. | | - | | Notice Only | | | | |
| David DeVita 117 E Court Street Cincinnati, OH 45202 | | | | | | | | 0.00 |
| Account No. | | - | | 2008-2010 Legal Fees | | | | |
| Dinsmore & Shohl 255 East Fifth St Cincinnati, OH 45202 | | | | | | | | 20,000.00 |
| Account No. | | - | | Contingent Liability as business partner Notice Only | | | | |
| Dinsmore & Shohl 255 East Fifth Street Cincinnati, OH 45202 | | | | | | | | 0.00 |

| | | |
|---|---|---|
| Sheet no. **7** of **29** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | **40,000.00** |

B6F (Official Form 6F) (12/07) - Cont.

In re   **Thomas L Neyer, Jr.**                                          ,   Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Notice only | | | | |
| **Dinsmore & Shohl**<br>**Gary Becker Esq**<br>**1900 Chemed Center**<br>**255 East Fifth St**<br>**Cincinnati, OH 45202-4797** | - | | | | | | | | 0.00 |
| Account No. | | | | | Notice Only | | | | |
| **Sean Donovan**<br>**2623 Erie Ave**<br>**Cincinnati, OH 45208** | - | | | | | | | | 0.00 |
| Account No. | | | | | Disputed Potential contingent liability with Bear Creek Capital & Bear Creek Construction | | | | |
| **DOV II Investments, LLC**<br>**c/o Henry Schneider**<br>**8110 Plainfield Road**<br>**Cincinnati, OH 45242** | | | | | | | | | 0.00 |
| Account No. | | | | | Disputed Potential contingent liability with Bear Creek Capital & Bear Creek Construction | | | | |
| **DOV Limited**<br>**Serve Stat Agent KMK Service Corp**<br>**1 East Fourth Street #1400**<br>**Cincinnati, OH 45202** | - | | | | | | | | 0.00 |
| Account No. | | | | | Notice Only | | | | |
| **Barry Fagel**<br>**312 Walnut Street #3100**<br>**Cincinnati, OH 45202** | - | | | | | | | | 0.00 |

Sheet no. __8__ of __29__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          0.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Thomas L Neyer, Jr.** _____,   Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5523-0110-0000-0111*** <br><br> **Fifth Third Bank** <br> **38 Fountain Square Plaza** <br> **Cincinnati, OH 45202** | | - | | **2010** <br> **goods and cash advances** <br><br> ***5523011000000244** | | | | 50,000.00 |
| Account No. <br><br> **Fifth Third Bank** <br> **38 Fountain Square Plaza** <br> **Cincinnati, OH 45202** | | - | | **guarantor for Neyer Holdings Corporation** | | | | 850,000.00 |
| Account No. <br><br> **First Financial Bank** <br> **6100 West Chester Road** <br> **West Chester, OH 45069** | | - | | **2006** <br> **Guarantor of Woster Park LLC** | | | | 1,100,000.00 |
| Account No. <br><br> **Steven Friedman, Esq** <br> **Atty for Port of Greater Cincinnati** <br> **4900 Key Tower** <br> **127 Public Square** <br> **Cleveland, OH 44114** | | - | | **Notice only** | | | | 0.00 |
| Account No. <br><br> **Frost Brown Todd LLC** <br> **Atty for Integra Bank** <br> **201 E 5th Street 22nd FL** <br> **Cincinnati, OH 45202** | | - | | **Notice Only** | | | | 0.00 |

Sheet no. __9___ of __29__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**2,000,000.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Thomas L Neyer, Jr.** _____,    Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. <br><br> **J Scott Golan** <br> **2898 Grandin Road** <br> **Cincinnati, OH 45208** | - | | | **Contingent Liability as business partner** <br> **Notice Only** | | | | **0.00** |
| Account No. <br><br> **Joseph Gruber** <br> **632 Vine Street #900** <br> **Cincinnati, OH 45202** | - | | | **Notice Only** | | | | **0.00** |
| Account No. <br><br> **Dennis Hall** <br> **3040 Presidential Drive #222** <br> **Fairborn, OH 45324** | - | | | **Notice Only** | | | | **0.00** |
| Account No. <br><br> **Hamilton County Auditor** <br> **138 East Court Street** <br> **Cincinnati, OH 45202** | - | | | **Notice Only** | | | | **0.00** |
| Account No. <br><br> **Richard Hamilton Jr** <br> **7 West 7th Street #1400** <br> **Cincinnati, OH 45202** | - | | | **Notice Only** | | | | **0.00** |

Sheet no. __**10**__ of __**29**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re __Thomas L Neyer, Jr._____,   Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. | | | | Disputed Potential contingent liability with Bear Creek Capital & Bear Creek Construction | | | | |
| Nicole Harris address unknown | - | | | | | | | |
| | | | | | | | | 0.00 |
| Account No. | | | | Contingent Liability as business partner Notice Only | | | | |
| Hauser Insurance Group 8260 Northcreek Drive Cincinnati, OH 45236 | - | | | | | | | |
| | | | | | | | | 0.00 |
| Account No. | | | | Notice Only | | | | |
| Kenneth Hawley 810 Sycamore Street 5th Floor Cincinnati, OH 45202 | - | | | | | | | |
| | | | | | | | | 0.00 |
| Account No. | | | | Notice Only | | | | |
| Christopher Heekin 817 Main Street #200 Cincinnati, OH 45202 | - | | | | | | | |
| | | | | | | | | 0.00 |
| Account No. | | | | Notice Only | | | | |
| Jeff Hendricks atty for Equipment Depot & Justin Const 1900 Fifth Third Ctr 511 Walnut St Cincinnati, OH 45202 | - | | | | | | | |
| | | | | | | | | 0.00 |

Sheet no. __11__ of __29__ sheets attached to Schedule of   Subtotal
Creditors Holding Unsecured Nonpriority Claims              (Total of this page)      0.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Thomas L Neyer, Jr.**                                                     ,   Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Hicon Inc**<br>**42 Oak Street**<br>**Cincinnati, OH 45217** | - | | **Disputed Potential contingent liability with**<br>**Bear Creek Capital & Bear Creek Construction** | | | | **0.00** |
| Account No.<br><br>**G Robert Hines**<br>**810 Sycamore Street 1st Floor**<br>**Cincinnati, OH 45202** | - | | **Notice Only** | | | | **0.00** |
| Account No.<br><br>**Houghton Lake Crossing LLC**<br>**9549 MOntgomery Road 3rd Floor**<br>**Cincinnati, OH 45242** | - | | **Disputed Potential contingent liability with**<br>**Bear Creek Capital & Bear Creek Construction** | | | | **0.00** |
| Account No.<br><br>**Howard Jackson/Midd Cities**<br>**7811 Laurel Ave**<br>**Cincinnati, OH 45243** | - | | **2006**<br>**Disputed contingent liability with RCHP**<br>**Notice only** | | | | **0.00** |
| Account No.  **A1101102**<br><br>**Integra Bank**<br>**21 S E Third Street**<br>**Evansville, IN 47708** | - | | **2010**<br>**signature loan** | | | | **510,000.00** |

Sheet no. __12__ of __29__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**510,000.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Thomas L Neyer, Jr.** _____,    Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Notice Only | | | | |
| Katz Teller Brandt & Hill 255 E 5th Street #2400 Cincinnati, OH 45202 | - | | | | | | | 0.00 |
| Account No. | | | | Notice Only | | | | |
| Keith Weiner and Assoc Atty for 75 Public Square 4th Floor Cleveland, OH 44113 | - | | | | | | | 0.00 |
| Account No. | | | | Disputed Potential contingent liability with Bear Creek Capital & Bear Creek Construction | | | | |
| Steve Kelly address unknown | - | | | | | | | 0.00 |
| Account No. | | | | Disputed Potential contingent liability with Bear Creek Capital & Bear Creek Construction | | | | |
| Kenwood Promenade LLC 3545 Montgomery Road #3 Cincinnati, OH 45242 | - | | | | | | | 0.00 |
| Account No. | | | | Disputed Potential contingent liability with Bear Creek Capital & Bear Creek Construction | | | | |
| Kenwood Shoppes LLC 9549 Montgomery Road 3rd Floor Cincinnati, OH 45242 | - | | | | | | | 0.00 |

Sheet no. __13__ of __29__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                 0.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Thomas L Neyer, Jr.** _____,    Case No. _____
                                               Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Kenwood Shoppes Two LLC<br>9549 Montgomery Road 3rd Floor<br>Cincinnati, OH 45242** | - | | **Disputed Potential contingent liability with Bear Creek Capital & Bear Creek Construction** | | | | 0.00 |
| Account No.<br><br>**Kenwood Towne Place LLC<br>Serve Stat Agent KMK Service Corp<br>1 East 4th Street #1400<br>Cincinnati, OH 45202** | - | | **Disputed Potential contingent liability with Bear Creek Capital & Bear Creek Construction** | | | | 0.00 |
| Account No.<br><br>**Kohen & Patton<br>Malinda Langston Esq<br>201 E Fifth Street #500<br>Cincinnati, OH 45202** | - | | **Notice Only** | | | | 0.00 |
| Account No.<br><br>**Kraft Electrical Contracting Inc<br>5710 Hillside Ave<br>Cincinnati, OH 45233** | - | | **Disputed Potential contingent liability with Bear Creek Capital & Bear Creek Construction** | | | | 2,988,401.59 |
| Account No.<br><br>**Kroger<br>1014 Vine Street<br>Cincinnati, OH 45202** | - | | **Former Partner in Cascades KR<br>Notice Only** | | | | 0.00 |

Sheet no. __14__ of __29__ sheets attached to Schedule of                          Subtotal                       2,988,401.59
Creditors Holding Unsecured Nonpriority Claims                               (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Thomas L Neyer, Jr.**                                              , Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | **2006** **Disputed contingent liability with RCHP** **Notice only** | | | | |
| **Robert Lafkas** **7811 Laurel Ave** **Cincinnati, OH 45243** | - | | | | | | | |
| | | | | | | | | 0.00 |
| Account No. | | | | **Disputed Potential contingent liability with** **Bear Creek Capital & Bear Creek Construction** | | | | |
| **LAFORCE Inc** **2851 East Kemoer Road** **Cincinnati, OH 45241** | - | | | | | | | |
| | | | | | | | | 426,318.18 |
| Account No. | | | | **Notice Only** | | | | |
| **David Lefton** **Atty for Stuccotek Inc** **3074 Madison Road** **Cincinnati, OH 45209** | - | | | | | | | |
| | | | | | | | | 0.00 |
| Account No. | | | | **Disputed Potential contingent liability with** **Bear Creek Capital & Bear Creek Construction** | | | | |
| **Dan Lipson** **1159 Herschel Ave** **Cincinnati, OH 45208** | - | | | | | | | |
| | | | | | | | | 0.00 |
| Account No. | | | | **Disputed Potential contingent liability with** **Bear Creek Capital & Bear Creek Construction** | | | | |
| **MBJ Consultants Inc** **30 West Third Street Floor 4M** **Cincinnati, OH 45202** | - | | | | | | | |
| | | | | | | | | 404,401.41 |

Sheet no. __15__ of __29__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

830,719.59

B6F (Official Form 6F) (12/07) - Cont.

In re   **Thomas L Neyer, Jr.** _____,   Case No. _____

Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **MCI Consumer Markets** **P O Box 650355** **Dallas, TX 75265** | - | | Contingent Liability as business partner Notice Only | | | | 0.00 |
| Account No. **Tara McKenzie Allison** **5393 York Country Road** **Columbus, OH 43221** | - | | Notice Only | | | | 0.00 |
| Account No. **Robert McMahon** **Atty for PDT Designs & Mesiner & Assoc** **2321 Kemper Lane #100** **Cincinnati, OH 45206** | - | | Notice Only | | | | 0.00 |
| Account No. **Jeffrey McSherry Esq** **9277 Centre Point Drive #100** **West Chester, OH 45069** | - | | Notice Only | | | | 0.00 |
| Account No. **Mirage Caulking Inc** **270 Northland Blvd #325** **Cincinnati, OH 45246** | - | | Disputed Potential contingent liability with Bear Creek Capital & Bear Creek Construction | | | | 154,578.28 |

Sheet no. __16__ of __29__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) | 154,578.28

B6F (Official Form 6F) (12/07) - Cont.

In re    **Thomas L Neyer, Jr.** _____,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Disputed Potential contingent liability with Bear Creek Capital & Bear Creek Construction | | | | |
| MM Milgrove Road LLC 9549 Montgomery Road 3rd Floor Cincinnati, OH 45242 | - | | | | | | |
| | | | | | | | 0.00 |
| Account No. | | | Contingent Liability as business partner Notice Only | | | | |
| Joseph E Motz 3607 Church Street #300 Cincinnati, OH 45244 | - | | | | | | |
| | | | | | | | 0.00 |
| Account No. | | | 2011 potential claim as property manager of Ohio Ave. Funds in their control subject to setoff rights. | | | | |
| Mutual Realtors 6380 Cheviot #1 Cincinnati, OH 45247 | - | | | | | | |
| | | | | | | | 500.00 |
| Account No. | | | 2010 Contingent Liability as business partner Notice Only | | | | |
| Mutual Realtors 6380 Cheviot Road Cincinnati, OH 45247 | - | | | | | | |
| | | | | | | | 0.00 |
| Account No. | | | Disputed Potential contingent liability with Bear Creek Capital & Bear Creek Construction | | | | |
| Newport Pavillion LLC 9549 Montgomery Road 3rd Floor Cincinnati, OH 45242 | - | | | | | | |
| | | | | | | | 0.00 |

Sheet no. **17** of **29** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     **500.00**

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Thomas L Neyer, Jr.** ,                                    Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Peter Ney<br>Atty for Thyssenkrupp Elevator Corp<br>1 West 4th Street #900<br>Cincinnati, OH 45202** | - | | **Notice Only** | | | | 0.00 |
| Account No.<br><br>**Neyer Holdings Corporation<br>Stat Agent George H Vincent<br>255 East 5th Street #1900<br>Cincinnati, OH 45202** | - | | **Disputed Potential contingent liability with Bear Creek Capital & Bear Creek Construction** | | | | 0.00 |
| Account No.<br><br>**Neyer Holdings II<br>425 Walnut Street<br>Cincinnati, OH 45202** | - | | **2006<br>Guarantor of loan and note to Neyer Holdings II & purchased from 5/3 Bank** | | | | 4,089,431.50 |
| Account No.<br><br>**Thomas Neyer Sr<br>731 Lindell Lane<br>Cincinnati, OH 45226** | - | | **Contingent Liability as business partner<br>Notice Only** | | | | 0.00 |
| Account No.<br><br>**Christine Neyer<br>731 Lindale Lane<br>Cincinnati, OH 45226** | - | | **Contingent Liability as business partner<br>Notice Only** | | | | 0.00 |

Sheet no. __18__ of __29__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **4,089,431.50**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Thomas L Neyer, Jr.** _____,   Case No. _____
                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> Patrick ONeill <br> 2200 US Bank Tower <br> 425 Walnut Street <br> Cincinnati, OH 45202 | - | | Notice Only | | | | 0.00 |
| Account No. **xx4395** <br><br> PNC Bank <br> Western Loan Center <br> 2730 Liberty Ave <br> Bankruptcy Dept <br> Pittsburgh, PA 15222 | - | | 2000 <br> Line of credit | | | | 100,258.33 |
| Account No. **xx1330** <br><br> PNC Bank <br> Western Loan Center <br> 2730 Liberty Ave <br> Bankruptcy Dept <br> Pittsburgh, PA 15222 | - | | 2010 <br> goods | | | | 6,200.00 |
| Account No. <br><br> PNC Bank <br> P O Box 856177 <br> Louisville, KY 40285 | - | | 1989 <br> Loan | | | | 100,600.00 |
| Account No. <br><br> Port of Greater Cincinnati Development <br> 1014 Vine Street #31440 <br> Cincinnati, OH 45202 | - | | Disputed Potential contingent liability with Bear Creek Capital & Bear Creek Construction | | | | 0.00 |

Sheet no. __19__ of __29__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

207,058.33

B6F (Official Form 6F) (12/07) - Cont.

In re     **Thomas L Neyer, Jr.**                                                    ,     Case No. _____
                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Notice Only | | | | |
| David Prem 1019 Main Street Cincinnati, OH 45202 | - | | | | | | | 0.00 |
| Account No. | | | | Notice only | | | | |
| Craig Reimer 71 S Wacker Drive Chicago, IL 60606 | - | | | | | | | 0.00 |
| Account No. | | | | Notice only | | | | |
| Warren Ritchie Atty for Osterwisch Co 8050 Hosbrook #200 Cincinnati, OH 45236 | - | | | | | | | 0.00 |
| Account No. | | | | Notice Only | | | | |
| Roetzel & Andress, Bill Coley Atty for Bank of America 250 E 5th Street 310 Chiquita Center Cincinnati, OH 45202 | - | | | | | | | 0.00 |
| Account No. | | | | Disputed Potential contingent liability with Bear Creek Capital & Bear Creek Construction | | | | |
| Jennie Roudebush c/o Bank of America 135 LaSalle Street Chicago, IL 60003 | - | | | | | | | 0.00 |

Sheet no. __20__ of __29__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     0.00

B6F (Official Form 6F) (12/07) - Cont.

In re __Thomas L Neyer, Jr._____,    Case No. _____
                                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**Thomas Rouse**<br>**300 Buttermilk Pike #100**<br>**Ft Mitchell, KY 41017** | - | | | **Notice Only** | | | | **0.00** |
| Account No.<br><br>**Stephen Schmidlin**<br>**10606 Deercreek Lane**<br>**Cincinnati, OH 45249** | - | | | **Contingent Liability as business partner Notice Only** | | | | **0.00** |
| Account No.<br><br>**Tina M. Schmidt**<br>**3700 Mt Carmel Road**<br>**Cincinnati, OH 45244** | - | | | **Disputed potential contingent liability with Bear Creek Construction and Bear Creek Capital** | | | | **0.00** |
| Account No.<br><br>**Schneider Family Properties**<br>**c/o Henry Schneider**<br>**8110 Plainfield Road**<br>**Cincinnati, OH 45242** | - | | | **Disputed Potential contingent liability with Bear Creek Capital & Bear Creek Construction** | | | | **0.00** |
| Account No.<br><br>**Henry Schneider**<br>**8110 Plainfield Road**<br>**Cincinnati, OH 45242** | - | | | **Disputed Potential contingent liability with Bear Creek Capital & Bear Creek Construction** | | | | **0.00** |

Sheet no. __21__ of __29__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Thomas L Neyer, Jr.**                                              ,        Case No. _____
                                         Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Notice Only | | | | |
| Karl Schneider 250 Civic Center Drive #500 Columbus, OH 43215 | - | | | | | | 0.00 |
| Account No. | | | Notice Only | | | | |
| John C Scott Fourth & Vine Tower 1 S Fourth Street #2200 Cincinnati, OH 45202 | - | | | | | | 0.00 |
| Account No. | | | Disputed Potential contingent liability with Bear Creek Capital & Bear Creek Construction | | | | |
| Security Fence Group Inc 4260 Dane Ave Cincinnati, OH 45223 | - | | | | | | 76,263.46 |
| Account No. | | | 2008-2010 Disputed contingent liability with Cascade KR | | | | |
| Shelby County Trustee P O Box 2751 Memphis, TN 38101 | - | | | | | | 2,000.00 |
| Account No. | | | Notice only | | | | |
| Robert Sherwood, Esq Atty for Port of Greater Cincinnati 221 E Fourth Street, #2900 Cincinnati, OH 45202 | - | | | | | | 0.00 |

Sheet no. __22__ of __29__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

78,263.46

B6F (Official Form 6F) (12/07) - Cont.

In re    **Thomas L Neyer, Jr.**                                              ,          Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Notice Only | | | | |
| Sholiton Industries, Inc c/o Stuart Sholiton 120 N Keowee Street Dayton, OH 45401 | - | | | | | | | | 0.00 |
| Account No. | | | | | Notice Only | | | | |
| Michael Sirota 25 Main Street P O Box 800 Hackensack, NJ 07602 | - | | | | | | | | 0.00 |
| Account No. | | | | | Notice Only | | | | |
| Steven Smith 8040 Hosbrook Road #400 B Cincinnati, OH 45236 | - | | | | | | | | 0.00 |
| Account No. | | | | | Notice Only | | | | |
| Tracy Smith Atty for Arts Rental 421 Madison Ave Covington, KY 41011 | - | | | | | | | | 0.00 |
| Account No. | | | | | Notice only | | | | |
| Squire Sanders and Dempsey Atty for Port of Cincinnati 4900 Key Tower 127 Public Square Cleveland, OH 44114 | - | | | | | | | | 0.00 |

Sheet no. __23__ of __29__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Thomas L Neyer, Jr.**                                           ,    Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 2006 Disputed contingent liability with RCHP | | | | |
| Stites & Harbison 401 Commerce Street #800 Nashville, TN 37219 | - | | | | | | 15,000.00 |
| Account No. | | | 2008-2010 Legal Fees | | | | |
| Straus & Troy 150 E 4th Street Cincinnati, OH 45202 | - | | | | | | 3,000.00 |
| Account No. | | | Notice Only | | | | |
| David Sullivan 200 PNC Plaza 500 West Jefferson Street Cincinnati, OH 45202 | - | | | | | | 0.00 |
| Account No. | | | Notice Only | | | | |
| Kevin Swick Esq Arnoff Rosen Hunt 2200 US Bank Tower 425 Walnut Cincinnati, OH 45202 | - | | | | | | 0.00 |
| Account No. | | | Notice Only | | | | |
| Scott Sylkatis Atty for Precast Services 2 Summit Park Drive #650 Independence, OH 44131 | - | | | | | | 0.00 |

Sheet no. __24__ of __29__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                  **18,000.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Thomas L Neyer, Jr.**                                              ,          Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Taft Stettinius & Hollister**<br>**Atty for US Bank**<br>**Maria Vitullo, Esq.**<br>**425 Walnut St #1800**<br>**Cincinnati, OH 45202-3957** | - | | **Notice Only** | | | | **0.00** |
| Account No.<br><br>**Audie Tarpley**<br>**9549 Montgomery Road 3rd Floor**<br>**Cincinnati, OH 45242** | - | | **Disputed Potential contingent liability with Bear Creek Capital & Bear Creek Construction** | | | | **0.00** |
| Account No.<br><br>**Daniel Temming**<br>**7 West 7th Street Suite #1400**<br>**Cincinnati, OH 45202** | - | | **Notice Only** | | | | **0.00** |
| Account No.<br><br>**Tennessee Department of Revenue**<br>**500 Deadrick Street**<br>**Nashville, TN 37242** | - | | **2008-2010**<br>**Disputed contingent liability with Cascade KR** | | | | **5,000.00** |
| Account No.<br><br>**Tepe Enviromental Services LTD**<br>**7021 Cleves Warsaw Road**<br>**Cincinnati, OH 45233** | - | | **Disputed Potential contingent liability with Bear Creek Capital & Bear Creek Construction** | | | | **89,882.00** |

Sheet no. __25__ of __29__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**94,882.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Thomas L Neyer, Jr.**                                          ,          Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**The Health Foundation**<br>**3805 Edwards Road**<br>**Cincinnati, OH 45209** | - | | **2008-2010**<br>**Disputed potential contingent liability with**<br>**Cascade KR    Notice only** | | | | 750,000.00 |
| Account No.<br><br>**The Mark Madison Company**<br>**7861 Hamilton Ave**<br>**Cincinnati, OH 45231** | - | | **Disputed Potential contingent liability with**<br>**Bear Creek Capital & Bear Creek Construction** | | | | 124,041.80 |
| Account No.<br><br>**The Painting Contractor LLC**<br>**7 Banklick Street**<br>**Florence, KY 41042** | - | | **Disputed Potential contingent liability with**<br>**Bear Creek Capital & Bear Creek Construction** | | | | 62,153.00 |
| Account No.<br><br>**William Tippmamn**<br>**7533 Pinehurst Drive**<br>**Cincinnati, OH 45244** | - | | **Disputed Potential contingent liability with**<br>**Bear Creek Capital & Bear Creek Construction** | | | | 0.00 |
| Account No.<br><br>**TXU Energy**<br>**P O Box 650764**<br>**Dallas, TX 75265** | - | | **2006-2010**<br>**Disputed contingent liability with Cascades** | | | | 1,000.00 |

Sheet no. __26__ of __29__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

937,194.80

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re    **Thomas L Neyer, Jr.**                                              ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Ulmer & Berne** <br>**Jesse Lipcius** <br>**600 Vine Street #2800** <br>**Cincinnati, OH 45202** | - | | Notice Only | | | | 0.00 |
| Account No. <br><br> **Union Savings Bank** <br>**8534 E. Kemper Road** <br>**Cincinnati, OH 45249** | - | | 4/6/10 <br>guarantor for TNHS, LLC | | | | 1,200,000.00 |
| Account No. <br><br> **Unit Building Services** <br>**3800 Red Bank Road** <br>**Cincinnati, OH 45227** | - | | Contingent Liability as business partner <br>Notice Only | | | | 0.00 |
| Account No. <br><br> **Universal Cleaning LLC** <br>**611 Shepherd Lane** <br>**Cincinnati, OH 45215** | - | | 2008 <br>Disputed Potential contingent liability with <br>Bear Creek Capital & Bear Creek Construction | | | | 84,949.00 |
| Account No. <br><br> **US Bank** <br>**425 Walnut Street #250** <br>**Cincinnati, OH 45202** | - | | 2008 <br>Guarantee of Neyer Holdings Lease | | | | 100,000.00 |

Sheet no. __27__ of __29__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,384,949.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Thomas L Neyer, Jr.**                          ,      Case No. _____

                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**US Bank National Association Serve Stat Agent US NAtional ETC 425 Walnut Cincinnati, OH 45202** | - | | **Disputed Potential contingent liability with Bear Creek Capital & Bear Creek Construction** | | | | **0.00** |
| Account No. <br><br>**Mark Vanderlaan 1900 Chemed Center 255 East 5th Street Cincinnati, OH 45202** | - | | **Notice Only** | | | | **0.00** |
| Account No. <br><br>**Villages of Bennington Property Owners c/o William Miller 1650 Murfreesboro Road Franklin, TN 37067** | - | | **2006-2009 Disputed contingent liability with Cascades** | | | | **3,000.00** |
| Account No. <br><br>**Michelle Vollmar 2160 Kettering Tower Dayton, OH 45423** | - | | **Notice only** | | | | **0.00** |
| Account No. <br><br>**White Getgey & Meyer Co Atty for Bear Creek Construction Carl Stich Jr Esq 1 West 4th Street #1700 Cincinnati, OH 45202** | - | | **Notice only** | | | | **0.00** |

Sheet no. __28__ of __29__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **3,000.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Thomas L Neyer, Jr.** _____,    Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Notice Only | | | | |
| Gregory Wilson 1411 Sycamore Street Cincinnati, OH 45202 | | - | | | | | | 0.00 |
| Account No. | | | | Notice Only | | | | |
| John Wykoff 2349 Victory Parkway Cincinnati, OH 45206 | | - | | | | | | 0.00 |
| Account No. | | | | Disputed Potential contingent liability with Bear Creek Capital & Bear Creek Construction | | | | |
| Mark Zelnik c/o MCV Properties 500 Trillium Drive Galloway, OH 43119 | | - | | | | | | 0.00 |
| Account No. | | | | Disputed Potential contingent liability with Bear Creek Capital & Bear Creek Construction | | | | |
| Thomas Zemboch 9655 Tall Trail Cincinnati, OH 45242 | | - | | | | | | 0.00 |
| Account No. | | | | | | | | |
| | | | | | | | | |

Sheet no. __29__ of __29__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | | 0.00 |
| Total (Report on Summary of Schedules) | | 65,493,978.55 |

B6G (Official Form 6G) (12/07)

.

In re   **Thomas L Neyer, Jr.**                                       ,    Case No. _____

                              Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **ACS Leasing**<br>**6249 Stewart Road**<br>**Cincinnati, OH 45227** | **Auto lease on 2006 BMW & 2003 Audi. Lease expires in 35 months** |
| **Sholiton Industries, Inc.**<br>**C/O Stuart Sholition**<br>**120 N. Keowee Street**<br>**Dayton, OH 45401-0488** | **Lease at 2216-2218 Ohio Avenue** |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

B6H (Official Form 6H) (12/07)

In re    **Thomas L Neyer, Jr.**
_____ ,    Case No. _____
Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Nathan Bachratch** | |
| **Timothy Baird** | |
| **Bruce Baker** | |
| **Jack Brandt** | |
| **Matthew C Daniels** | |
| **DOV LTD** | |
| **Daniel Lipson** | |
| **Schneider Family Properties** | |
| **Henry Schneider** | |
| **Thomas Zemboch** | |

**0**
_____ continuation sheets attached to Schedule of Codebtors

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6I (Official Form 6I) (12/07)

In re   **Thomas L Neyer, Jr.**                                                              Case No.
_____
Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child.  The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S):<br>**None.** | AGE(S): |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Developer** | **For budget only** |
| Name of Employer | **Neyer Holdings Corp** | |
| How long employed | **9 years** | |
| Address of Employer | **425 Walnut  #2112**<br>**Cincinnati, OH 45202** | |

| INCOME:  (Estimate of average or projected monthly income at time case filed) | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions  (Prorate if not paid monthly) | $ | **12,500.00** | $ | **400.00** |
| 2. Estimate monthly overtime | $ | **0.00** | $ | **0.00** |
| 3. SUBTOTAL | $ | **12,500.00** | $ | **400.00** |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
|     a.  Payroll taxes and social security | $ | **1,400.00** | $ | **80.00** |
|     b.  Insurance | $ | **800.00** | $ | **0.00** |
|     c.  Union dues | $ | **0.00** | $ | **0.00** |
|     d.  Other (Specify): | $ | **0.00** | $ | **0.00** |
| | $ | **0.00** | $ | **0.00** |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | **2,200.00** | $ | **80.00** |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | **10,300.00** | $ | **320.00** |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | **0.00** | $ | **0.00** |
| 8. Income from real property | $ | **0.00** | $ | **0.00** |
| 9. Interest and dividends | $ | **0.00** | $ | **0.00** |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of<br>    dependents listed above | $ | **0.00** | $ | **0.00** |
| 11. Social security or government assistance<br>(Specify): | $ | **0.00** | $ | **0.00** |
| | $ | **0.00** | $ | **0.00** |
| 12. Pension or retirement income | $ | **0.00** | $ | **0.00** |
| 13. Other monthly income<br>(Specify): | $ | **0.00** | $ | **0.00** |
| | $ | **0.00** | $ | **0.00** |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | **0.00** | $ | **0.00** |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | **10,300.00** | $ | **320.00** |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $ | **10,620.00** | | |

(Report also on Summary of Schedules and, if applicable, on
Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
    **None**

B6J (Official Form 6J) (12/07)

In re __Thomas L Neyer, Jr.__                                    Case No. _____
                          Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | | | |
|---|---|---|---|---|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | | | $ | 4,750.00 |
| a. Are real estate taxes included? | Yes ___ | No __X__ | | |
| b. Is property insurance included? | Yes ___ | No __X__ | | |
| 2. Utilities:    a. Electricity and heating fuel | | | $ | 400.00 |
| b. Water and sewer | | | $ | 100.00 |
| c. Telephone | | | $ | 80.00 |
| d. Other __Cable/Internet__ | | | $ | 110.00 |
| 3. Home maintenance (repairs and upkeep) | | | $ | 100.00 |
| 4. Food | | | $ | 400.00 |
| 5. Clothing | | | $ | 50.00 |
| 6. Laundry and dry cleaning | | | $ | 100.00 |
| 7. Medical and dental expenses | | | $ | 200.00 |
| 8. Transportation (not including car payments) | | | $ | 100.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | | | $ | 200.00 |
| 10. Charitable contributions | | | $ | 100.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | | | |
| a. Homeowner's or renter's | | | $ | 150.00 |
| b. Life | | | $ | 400.00 |
| c. Health | | | $ | 0.00 |
| d. Auto | | | $ | 100.00 |
| e. Other _____ | | | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | | | |
| (Specify)  __Re Tax__ | | | $ | 1,200.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | | | |
| a. Auto | | | $ | 1,380.00 |
| b. Other  __2nd Mortgage__ | | | $ | 700.00 |
| c. Other _____ | | | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | | | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | | | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | | | $ | 0.00 |
| 17. Other _____ | | | $ | 0.00 |
| Other _____ | | | $ | 0.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | | | $ | 10,620.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:
    __None__

20. STATEMENT OF MONTHLY NET INCOME

| | | | |
|---|---|---|---|
| a. | Average monthly income from Line 15 of Schedule I | $ | 10,620.00 |
| b. | Average monthly expenses from Line 18 above | $ | 10,620.00 |
| c. | Monthly net income (a. minus b.) | $ | 0.00 |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Southern District of Ohio

In re **Thomas L Neyer, Jr.**

Debtor(s)

Case No.

Chapter **7**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __48__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **June 23, 2011**

Signature  **/s/ Thomas L Neyer, Jr.**

**Thomas L Neyer, Jr.**

Debtor

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§  152 and 3571.

B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
## Southern District of Ohio

In re   **Thomas L Neyer, Jr.**

Case No. _____

Debtor(s)      Chapter   **7**

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

### 1. Income from employment or operation of business

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|--------|--------|
| **$0.00** | **11-$60,000** |
| | **10-$96,000** |
| | **09-$96,000** |

2

**2. Income other than from employment or operation of business**

None
☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $0.00 | **Partnership Distrubution Neyer Holding II:**<br>**10-$40,000**<br>**09-$160,000**<br>**08-$160,000** |

**3. Payments to creditors**

None
■

*Complete a. or b., as appropriate, and c.*

a.   *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS<br>OF CREDITOR | DATES OF<br>PAYMENTS | AMOUNT PAID | AMOUNT STILL<br>OWING |
|---|---|---|---|

None
☐

b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF<br>PAYMENTS/<br>TRANSFERS | AMOUNT<br>PAID OR<br>VALUE OF<br>TRANSFERS | AMOUNT STILL<br>OWING |
|---|---|---|---|
| **Fifth Third Bank** | **$8,000 (Made payment on personal loan on NH II Shares).** | **$8,000.00** | **$864,000.00** |

None
☐

c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND<br>RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL<br>OWING |
|---|---|---|---|
| **Debtor's wife** | **March, 2011 debtor gave wife $9,409 for payment of medical & current household bills.** | **$9,409.00** | **$0.00** |

---

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

#### 4. Suits and administrative proceedings, executions, garnishments and attachments

None ☐    a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Park National Bank vs Debtor A1103292** | **Foreclosure** | **Hamilton County Common Pleas** | **Filed 4/25/11** |
| **Integra v. Debtor A1101102** | **Suit for money** | **Hamilton Cty Common Pleas** | pending |
| **Bank of America et al vs Kraft  et al** | **Suit for money** | **Hamilton County Common Pleas** | **Pending** |
| **Kraft Electronical v. Bear Creek, et al Case No. A0903274** | **Breach of Contract** | **Hamilton County Common Pleas, Ohio** | pending |
| **Bank of America vs Kenwood Towne Place, LLC et al A0905279** | | **Hamilton County Common Pleas** | |
| **Integra Bank v. Thomas Neyer, et al . Case # A1101102** | **Breach of Contract** | **Hamilton County Common Pleas, Ohio** | pending |
| **Arts Rental Equipment vs Bear Creek Construction A0902785** | | **Hamilton County Common Pleas** | |

None ■    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

#### 5. Repossessions, foreclosures and returns

None ☐    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Debtor** | | **Debtor owned 186.7 shares of Neyer Holdings II Inc 114.3652 which were pledged to Neyer Holdings II & 72.3348 which were pledged to Fifth Third Bank.  In June 2011 the 114.3652 shares were taken by Neyer Holdings II against the loan of $4,300,000 for $335,000.  The 72.3348 shares that are mortgaged to Fifth Third Bank and the Fifth Third Note were purchased by Neyer Holdings, II Inc for $864,000.  The Debtor consented  to the foreclosure of those shares for a credit of $230,000.** |

**6. Assignments and receiverships**

None
■ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7. Gifts**

None
■ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8. Losses**

None
■ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9. Payments related to debt counseling or bankruptcy**

None
☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Goering & Goering**<br>**220 West Third Street**<br>**Cincinnati, OH 45202** | | **Paid RAG $10,000 against fee of $30,000** |

**10. Other transfers**

None
☐ a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **LLC's Corporations sold, Transferred on**<br>**had property foreclosed.** | | |

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **Third Party** | **5/21/11** | **Debtor sold 180 shares of Pepscio Stock for net of $12,400.  Money paid Hamilton County Treasurer-8,800, Axa Insurance-3,000 (Term Life Insurance).** |
| **Third Party** | **5/21/11** | **Debtor sold 48 shares Tricon Corp for fmv of $2,000.  Money went to pay accountant.** |
| **Neyer Holdings II** | | **Debtor signed an agreement to transfer 186.7 shares of Neyer Holdings II Inc back to Neyer Holdings II Inc.  Debtor guaranteed Neyer Holdings II Inc a debt of 4,300,000 secured by 114.367 shares of Neyer Holdings II Inc, upon which Neyer Holdings II Inc foreclosed and seized the shares for a credit to guarantor of 335,000** |
| **Neyer Holdings II Inc** | | **Neyer Holdings Inc purchased from Fifth Third Bank a note for $864,000 secured by 72.333 shares of Neyer Holdings II Corp II and Debtor's personal guarantee.   The note was in default and the shares were surrendered to Neyer Holdings II Corp for a credit of $230,000 (See Statement of Financial Affairs #5).** |
| **Third Party** | **12/31/09** | **Debtor sold his 30% interest in Rockfield Court LLC to a third party.  $20,000 realized from the sale.** |
| **Third Party** | **2/2011** | **Minority share of Rush Management LLC sold to minority partner for $50,000.** |

None
■    b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11.  Closed financial accounts**

None
■    List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

**12.  Safe deposit boxes**

None
■    List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13.  Setoffs**

None    List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the
■       commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both
        spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

NAME AND ADDRESS OF CREDITOR                    DATE OF SETOFF                          AMOUNT OF SETOFF

**14.  Property held for another person**

None    List all property owned by another person that the debtor holds or controls.
■

NAME AND ADDRESS OF OWNER          DESCRIPTION AND VALUE OF PROPERTY          LOCATION OF PROPERTY

**15.  Prior address of debtor**

None    If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor
■       occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate
        address of either spouse.

ADDRESS                                         NAME USED                               DATES OF OCCUPANCY

**16. Spouses and Former Spouses**

None    If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho,
■       Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the
        commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in
        the community property state.

NAME

**17. Environmental Information.**

        For the purpose of this question, the following definitions apply:

        "Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous
        or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to,
        statutes or regulations regulating the cleanup of these substances, wastes, or material.

            "Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly
            owned or operated by the debtor, including, but not limited to, disposal sites.

            "Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material,
            pollutant, or contaminant or similar term under an Environmental Law

None    a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable
■       or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known,
        the Environmental Law:

                                    NAME AND ADDRESS OF              DATE OF              ENVIRONMENTAL
SITE NAME AND ADDRESS               GOVERNMENTAL UNIT                NOTICE               LAW

None    b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous
■       Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

                                    NAME AND ADDRESS OF              DATE OF              ENVIRONMENTAL
SITE NAME AND ADDRESS               GOVERNMENTAL UNIT                NOTICE               LAW

None    c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which
■       the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the
        docket number.

7

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
☐

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Neyer Holding Corp** | xx2986 | **425 Walnut Cincinnati, OH 45202** | **Real Estate Development** | **2003 - current** |
| **Neyer Holding II** | xx7842 | **425 Walnut Cincinnati, OH 45202** | **Real Estate Holding Corp** | **2003 - current** |
| **Kings Mill LLC** | xx5337 | **425 Walnut Cincinnati, OH 45202** | **Land Development** | **2005 - present** |
| **Wooster Park LLC** | xx | **425 Walnut Cincinnati, OH 45202** | **Office Condo Development** | **2005 - present** |
| **Neyer Holdings A LLC** | xx1427 | **425 Walnut Cincinnati, OH 45202** | **Land Development** | **2003 - present** |
| **Neyer Holdings C LLC** | xx9252 | **425 Walnut Cincinnati, OH 45202** | **Private Equity Investors** | **2006 - present** |
| **Neyer Holdings D LLC** | xx5901 | **425 Walnut Cincinnati, OH 45202** | **Property Developer** | **2006 - present** |
| **Neyer Holdings E LLC** | xx6661 | **425 Walnut Cincinnati, OH 45202** | **Holding Company Owns Mt Adams Equity Partners** | **2006 - present** |
| **Neyer Holdings F LLC** | xx1008 | **425 Walnut Cincinnati, OH 45202** | **Commercial Property developer** | **2006 - present** |
| **Neyer Holdings H LLC** | xx6025 | **425 Walnut Cincinnati, OH 45202** | **Land Developer** | **2005 - 2010** |
| **Neyer Holding G LLC** | xx8221 | **425 Walnut Cincinnati, OH 45202** | **Land Developer** | **2005 - present** |
| **Neyer Holdings J LLC** | xx4389 | **425 Walnut Cincinnati, OH 45202** | **Land Developer** | **No Activity** |
| **xx1247** | | **425 Walnut Cincinnati, OH 45202** | **Holding Company** | **No Activity** |
| **Colliers Neyer Capital LLC** | xx1867 | **425 Walnut Cincinnati, OH 45202** | **Investor** | **No Activity** |
| **Cascade SKR LLC** | xx6402 | **425 Walnut Cincinnati, OH 45202** | **Land Sales and Developement** | **2004 - present** |

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Strategic Investments Study Center** | **xx2816** | **425 Walnut Cincinnati, OH 45202** | **Land Investments** | **No Activity** |
| **CNC Rush Management LLC** | **xx1091** | **425 Walnut Cincinnati, OH 45202** | **Investor** | **2004 - Feb 2011** |
| **Neyer G FF LLC** | **xx9391** | **425 Walnut Cincinnati, OH 45202** | **Holding Company** | **2006 - present** |
| **8th & Linn LLC** | **xx5065** | **425 Walnut Cincinnati, OH 45202** | **Hotel Developemnt** | **2006 -12/10** |
| **Adams Energy LLC** | **xx3376** | **425 Walnut Cincinnati, OH 45202** | **Energy Development** | **2005-2008** |
| **Johnson Neyer LLC** | **xx8854** | **425 Walnut Cincinnati, OH 45202** | **Investor** | **Dorment** |
| **Cascade Advisors LLC** | **xx6971** | **425 Walnut Cincinnati, OH 45202** | **Consulting Co** | **2004- 11/09** |
| **Neyer Holdings LLC** | **xx1334** | **425 Walnut Cincinnati, OH 45202** | **Holding Company** | **2003 - present** |
| **NHCIPI  LLC** | **xx9260** | **425 Walnut Cincinnati, OH 45202** | **Holding Company** | **2005 - present** |
| **NHCCFW LLC** | **xx4532** | **425 Walnut Cincinnati, OH 45202** | **Holding Company** | **2005 - present** |
| **NCF FPG LLC** | **xx3814** | **425 Walnut Cincinnati, OH 45202** | **Holding Company** | **2008 - present** |
| **Flying Pig Games LLC** | **xx3940** | **425 Walnut Cincinnati, OH 45202** | **Card Game Developer** | **2008 - present** |
| **NHC I Status I** | **xx8594** | **425 Walnut Cincinnati, OH 45202** | **Holding Compaines of Transactive** | **2007 - present** |
| **NHC I Status II** | **xx4908** | **425 Walnut Cincinnati, OH 45202** | **Holding Companies of Transactive** | **2007 - present** |
| **See Schedule B (13) for more detail** | | | | |
| **Queen City Diamon LLC** | | | **5 % owned baseball ownership interest** | **1/2006 to 3/09 (sold)** |
| **Rockfield Court LLC** | | | **30% owned Apartment Complex** | **1/06 to 12/09 (sold)** |
| **TNHS LLC** | | | **50% owned** | **1-06 - present** |

None
■    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                                    ADDRESS

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

**19. Books, records and financial statements**

None
☐    a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Carol Alf<br>425 Walnut<br>Cincinnati, OH 45202** | |
| **Clark Shafer & Hackett<br>1 East 4th Street<br>Cincinnati, OH 45202** | |

None
■    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

None
☐    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| **Debtor & Clark Shafer & Hackett** | |

None
☐    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| **Cincinnati Federal Savings & Loan** | **Perodic statements issued** |
| **Fifth Third Bank** | **Perodic statements issued** |
| **PNC Bank** | **Perodic statements issued** |
| **Union Savings** | **Perodic statements issued** |
| **Bank of America** | **Perodic statements issued** |

---

**20. Inventories**

None
☐    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|---|---|---|
| . | | |

10

None
☐
b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

DATE OF INVENTORY

NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY
RECORDS
**Debtor & Clark Shafer**

.

---

**21 . Current Partners, Officers, Directors and Shareholders**

None
■
a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS                    NATURE OF INTEREST                    PERCENTAGE OF INTEREST

None
■
b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

NAME AND ADDRESS                    TITLE                    NATURE AND PERCENTAGE
OF STOCK OWNERSHIP

---

**22 . Former partners, officers, directors and shareholders**

None
■
a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

NAME                    ADDRESS                    DATE OF WITHDRAWAL

None
■
b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

NAME AND ADDRESS                    TITLE                    DATE OF TERMINATION

---

**23 . Withdrawals from a partnership or distributions by a corporation**

None
■
If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

NAME & ADDRESS
OF RECIPIENT,
RELATIONSHIP TO DEBTOR

DATE AND PURPOSE
OF WITHDRAWAL

AMOUNT OF MONEY
OR DESCRIPTION AND
VALUE OF PROPERTY

---

**24. Tax Consolidation Group.**

None
■
If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                    TAXPAYER IDENTIFICATION NUMBER (EIN)

---

**25. Pension Funds.**

None
■
If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                    TAXPAYER IDENTIFICATION NUMBER (EIN)

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date   **June 23, 2011**                          Signature   **/s/ Thomas L Neyer, Jr.**
                                                                            **Thomas L Neyer, Jr.**
                                                                            Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court
## Southern District of Ohio

In re    **Thomas L Neyer, Jr.**                            Case No. _____

                                            Debtor(s)            Chapter    **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 30,000.00 |
| Prior to the filing of this statement I have received | $ | 10,000.00 |
| Balance Due | $ | 20,000.00 |

2.   $ __**299.00**__ of the filing fee has been paid.

3.   The source of the compensation paid to me was:

     ■ Debtor      ☐ Other (specify):

4.   The source of compensation to be paid to me is:

     ■ Debtor      ☐ Other (specify):

5.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d.   [Other provisions as needed]

7.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
         **Any adversary proceeding, redemption litigation, real estate work, or other non-bankruptcy services.**

---

### CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:    __**June 23, 2011**__                        **/s/ Robert A. Goering**
                                                  **Robert A. Goering**
                                                  **Goering & Goering**
                                                  **220 West Third Street**
                                                  **Cincinnati, OH 45202**
                                                  **(513) 621-0912**

B 201A (Form 201A) (12/09)

**WARNING: Effective December 1, 2009, the 15-day deadline to file schedules and certain other documents under Bankruptcy Rule 1007(c) is shortened to 14 days.  For further information, see note at bottom of page 2**

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF OHIO

# NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
# OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition.  In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.  If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies.  Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses.  Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total Fee $299)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.  The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

**Many filing deadlines change on December 1, 2009.  Of special note, 12 rules that set 15 days to act are amended to require action within 14 days, including Rule 1007(c), filing the initial case papers; Rule 3015(b), filing a chapter 13 plan; Rule 8009(a), filing appellate briefs; and Rules 1019, 1020, 2015, 2015.1, 2016, 4001, 4002, 6004, and 6007.**

B 201B (Form 201B) (12/09)

# United States Bankruptcy Court
### Southern District of Ohio

In re   __Thomas L Neyer, Jr._____          Case No. _____

                                                     Debtor(s)         Chapter    __7_____

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of Debtor

      I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

| | | |
|---|---|---|
| __Thomas L Neyer, Jr._____ | X __/s/ Thomas L Neyer, Jr._____ | __June 23, 2011__ |
| Printed Name(s) of Debtor(s) | Signature of Debtor | Date |
| | | |
| Case No. (if known) _____ | X _____ | _____ |
| | Signature of Joint Debtor (if any) | Date |

---

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1.  Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor.  The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

ACS Leasing
6249 Stewart Road
Cincinnati OH 45227

ACS Leasing
6249 Stewart Road
Cincinnati OH 45227

Edward Akin
2200 US Bank Tower
425 Walnut Street
Cincinnati OH 45202

Arts Rental
215 East 6th
Newport KY 41071

Nathan Bachrach
4367 Chidester Lane
Cincinnati OH 45241

Nathan Bachratch

Essel Bailey
315 East Eisenhower Parkway #212
Ann Arbor MI 48108

Timothy Baird
455 Delta Ave #405
Cincinnati OH 45226

Timothy Baird

Bruce Baker
3709 Fawn Run Drive
Cincinnati OH 45241

Bruce Baker

Thomas W Baker
1150 Huntington Building
925 Euclid Avenue
Cleveland OH 44115

Bank of America
PO Box 15026
Wilmington DE 19850-5026

Bank of America
Serve Stat Agent CT Corporation System
1300 East Ninth Street
Cleveland OH 44114

Eliot Bastian
attorney for Integra
201 East Fifth Street #2200
Cincinnati OH 45202

Benjamin Yocum and Heather
Atty for Kraft, Hicon, Laforce, etc
300 Pike Street Suite 500
Attention Thomas Yocum
Cincinnati OH 45202

Gregory Berberich
2200 Fourth & VIne
Cincinnati OH 45202

Michael Bergmann
6020 Cheviot Road
Cincinnati OH 45247

Boyd Corley Construction
12410 Centrell Road #200
Little Rock AR 72223

Sandy Bradshaw
address unknown

Jack Brandt


Phyllis Brown
Atty for Henry W Schneider & DOV II
119 E Court Street
Cincinnati OH 45202

David Burleigh
441 Vine Street #3500
Cincinnati OH 45202

Robert Burns
817 Main Street 8th Floor
Cincinnati OH 45202

Busch Elevator Systems
108 East 13th Street
Cincinnati OH 45210

Buttermilk Towne Center LLC
9549 Montgomery Road 3rd Floor
Cincinnati OH 45242

Central Insulation Systems Inc
300 Murray Road
Cincinnati OH 45217

Chester Willcox & Saxbe LLC
James Abrams
65 East State Street #1000
Columbus OH 43215

Cincinnati Federal S & L
4310 Glenway Ave
Cincinnati OH 45205

Cincinnati Federal Savings & Loan
6581 Harrison Ave
Cincinnati OH 45247

Citimortgage Inc
4010 Regent Blvd
Irving TX 75063

City of Carollton
1945 E Jackson Road
Carrollton TX 75006

City of Memphis Treasurer
P O Box 185
Memphis TN 38101

Clark Schaefer and Hackett
One East 4th Street #1200
Cincinnati OH 45202

Clark Schaefer Hacket
1 East 4th Street
Cincinnati OH 45202

Cohen Todd Kite & Stanford
250 E Fifth Street Suite 1200
Cincinnati OH 45202

Phil D Collins
6355 South Clippinger Drive
Cincinnati OH 45243

Corporation Service Cojmpany
P O Box 13397
Philadelphia PA 19101

Cushman & Wakefield
55 Ivan Allen Jr Blvd #700
Atlanta GA 30308

Matthew Daniels
7805 Brill Road
Cincinnati OH 45243

Matthew C Daniels

Steven Davis, Esq.
Atty for Timothy Baird
3074 Madison Road
Cincinnati OH 45209

De Lage Landen
P O Box 41602
Philadelphia PA 19101

DeHaan & Bach
11256 Cornell Park Drive #500
Cincinnati OH 45242

David DeVita
117 E Court Street
Cincinnati OH 45202

Dinsmore & Shohl
255 East Fifth St
Cincinnati OH 45202

Dinsmore & Shohl
255 East Fifth Street
Cincinnati OH 45202

Dinsmore & Shohl
Gary Becker Esq
1900 Chemed Center
255 East Fifth St
Cincinnati OH 45202-4797

Sean Donovan
2623 Erie Ave
Cincinnati OH 45208

DOV II Investments, LLC
c/o Henry Schneider
8110 Plainfield Road
Cincinnati OH 45242

DOV Limited
Serve Stat Agent KMK Service Corp
1 East Fourth Street #1400
Cincinnati OH 45202

DOV LTD

Barry Fagel
312 Walnut Street #3100
Cincinnati OH 45202

Fifth Third Bank
38 Fountain Square Plaza
Cincinnati OH 45202

Fifth Third Bank
38 Fountain Square Plaza
Cincinnati OH 45202

Fifth Third Bank
38 Fountain Square Plaza
Cincinnati OH 45202

Fifth Third Bank
38 Fountain Square Plaza
Cincinnati OH 45202

First Financial Bank
6100 West Chester Road
West Chester OH 45069

Steven Friedman, Esq
Atty for Port of Greater Cincinnati
4900 Key Tower
127 Public Square
Cleveland OH 44114

Frost Brown Todd LLC
Atty for Integra Bank
201 E 5th Street 22nd FL
Cincinnati OH 45202

J Scott Golan
2898 Grandin Road
Cincinnati OH 45208

Graydon Head & Richie
atty for Park National Bank
511 Walnut Suite 1900
Cincinnati OH 45202

Joseph Gruber
632 Vine Street #900
Cincinnati OH 45202

Dennis Hall
3040 Presidential Drive #222
Fairborn OH 45324

Hamilton County Auditor
138 East Court Street
Cincinnati OH 45202

Richard Hamilton Jr
7 West 7th Street #1400
Cincinnati OH 45202

Nicole Harris
address unknown

Hauser Insurance Group
8260 Northcreek Drive
Cincinnati OH 45236

Kenneth Hawley
810 Sycamore Street 5th Floor
Cincinnati OH 45202

Christopher Heekin
817 Main Street #200
Cincinnati OH 45202

Jeff Hendricks
atty for Equipment Depot & Justin Const
1900 Fifth Third Ctr
511 Walnut St
Cincinnati OH 45202

Hicon Inc
42 Oak Street
Cincinnati OH 45217

G Robert Hines
810 Sycamore Street 1st Floor
Cincinnati OH 45202

Houghton Lake Crossing LLC
9549 MOntgomery Road 3rd Floor
Cincinnati OH 45242

Howard Jackson/Midd Cities
7811 Laurel Ave
Cincinnati OH 45243

Integra Bank
21 S E Third Street
Evansville IN 47708

Katz Teller Brandt & Hill
255 E 5th Street #2400
Cincinnati OH 45202

Keith Weiner and Assoc
Atty for
75 Public Square 4th Floor
Cleveland OH 44113

Steve Kelly
address unknown

Kenwood Promenade LLC
3545 Montgomery Road #3
Cincinnati OH 45242

Kenwood Shoppes LLC
9549 Montgomery Road 3rd Floor
Cincinnati OH 45242

Kenwood Shoppes Two LLC
9549 Montgomery Road 3rd Floor
Cincinnati OH 45242

Kenwood Towne Place LLC
Serve Stat Agent KMK Service Corp
1 East 4th Street #1400
Cincinnati OH 45202

Kohen & Patton
Malinda Langston Esq
201 E Fifth Street #500
Cincinnati OH 45202

Kraft Electrical Contracting Inc
5710 Hillside Ave
Cincinnati OH 45233

Kroger
1014 Vine Street
Cincinnati OH 45202

Robert Lafkas
7811 Laurel Ave
Cincinnati OH 45243

LAFORCE Inc
2851 East Kemoer Road
Cincinnati OH 45241

David Lefton
Atty for Stuccotek Inc
3074 Madison Road
Cincinnati OH 45209

Dan Lipson
1159 Herschel Ave
Cincinnati OH 45208

Daniel Lipson

MBJ Consultants Inc
30 West Third Street Floor 4M
Cincinnati OH 45202

MCI Consumer Markets
P O Box 650355
Dallas TX 75265

Tara McKenzie Allison
5393 York Country Road
Columbus OH 43221

Robert McMahon
Atty for PDT Designs & Mesiner & Assoc
2321 Kemper Lane #100
Cincinnati OH 45206

Jeffrey McSherry Esq
9277 Centre Point Drive #100
West Chester OH 45069

Mirage Caulking Inc
270 Northland Blvd #325
Cincinnati OH 45246

MM Milgrove Road LLC
9549 Montgomery Road 3rd Floor
Cincinnati OH 45242

Joseph E Motz
3607 Church Street #300
Cincinnati OH 45244

Mutual Realtors
6380 Cheviot #1
Cincinnati OH 45247

Mutual Realtors
6380 Cheviot Road
Cincinnati OH 45247

Newport Pavillion LLC
9549 Montgomery Road 3rd Floor
Cincinnati OH 45242

Peter Ney
Atty for Thyssenkrupp Elevator Corp
1 West 4th Street #900
Cincinnati OH 45202

Neyer Holdings Corporation
Stat Agent George H Vincent
255 East 5th Street #1900
Cincinnati OH 45202

Neyer Holdings II
425 Walnut Street
Cincinnati OH 45202

Thomas Neyer Sr
731 Lindell Lane
Cincinnati OH 45226

Tom Neyer Sr
731 Lindell Lane
Cincinnati OH 45226

Christine Neyer
731 Lindale Lane
Cincinnati OH 45226

Patrick ONeill
2200 US Bank Tower
425 Walnut Street
Cincinnati OH 45202

Park National Bank
8366 Princeton Glendale Road #A
West Chester OH 45069

PNC Bank
Western Loan Center
2730 Liberty Ave
Bankruptcy Dept
Pittsburgh PA 15222

PNC Bank
Western Loan Center
2730 Liberty Ave
Bankruptcy Dept
Pittsburgh PA 15222

PNC Bank
P O Box 856177
Louisville KY 40285

Port of Greater Cincinnati Development
1014 Vine Street #31440
Cincinnati OH 45202

David Prem
1019 Main Street
Cincinnati OH 45202

Craig Reimer
71 S Wacker Drive
Chicago IL 60606

Warren Ritchie
Atty for Osterwisch Co
8050 Hosbrook #200
Cincinnati OH 45236

Roetzel & Andress, Bill Coley
Atty for Bank of America
250 E 5th Street
310 Chiquita Center
Cincinnati OH 45202

Jennie Roudebush
c/o Bank of America
135 LaSalle Street
Chicago IL 60003

Thomas Rouse
300 Buttermilk Pike #100
Ft Mitchell KY 41017

Stephen Schmidlin
10606 Deercreek Lane
Cincinnati OH 45249

Tina M. Schmidt
3700 Mt Carmel Road
Cincinnati OH 45244

Schneider Family Properties
c/o Henry Schneider
8110 Plainfield Road
Cincinnati OH 45242

Schneider Family Properties

Henry Schneider
8110 Plainfield Road
Cincinnati OH 45242

Henry Schneider

Karl Schneider
250 Civic Center Drive #500
Columbus OH 43215

John C Scott
Fourth & Vine Tower
1 S Fourth Street #2200
Cincinnati OH 45202

Security Fence Group Inc
4260 Dane Ave
Cincinnati OH 45223

Shelby County Trustee
P O Box 2751
Memphis TN 38101

Robert Sherwood, Esq
Atty for Port of Greater Cincinnati
221 E Fourth Street, #2900
Cincinnati OH 45202

Sholiton Industries, Inc
c/o Stuart Sholiton
120 N Keowee Street
Dayton OH 45401

Sholiton Industries, Inc.
C/O Stuart Sholition
120 N. Keowee Street
Dayton OH 45401-0488

Michael Sirota
25 Main Street
P O Box 800
Hackensack NJ 07602

Steven Smith
8040 Hosbrook Road #400 B
Cincinnati OH 45236

Tracy Smith
Atty for Arts Rental
421 Madison Ave
Covington KY 41011

Squire Sanders and Dempsey
Atty for Port of Cincinnati
4900 Key Tower
127 Public Square
Cleveland OH 44114

Stites & Harbison
401 Commerce Street #800
Nashville TN 37219

Straus & Troy
150 E 4th Street
Cincinnati OH 45202

David Sullivan
200 PNC Plaza
500 West Jefferson Street
Cincinnati OH 45202

Kevin Swick Esq
Arnoff Rosen Hunt
2200 US Bank Tower
425 Walnut
Cincinnati OH 45202

Scott Sylkatis
Atty for Precast Services
2 Summit Park Drive #650
Independence OH 44131

Taft Stettinius & Hollister
Atty for US Bank
Maria Vitullo, Esq.
425 Walnut St #1800
Cincinnati OH 45202-3957

Audie Tarpley
9549 Montgomery Road 3rd Floor
Cincinnati OH 45242

Daniel Temming
7 West 7th Street Suite #1400
Cincinnati OH 45202

Tennessee Department of Revenue
500 Deadrick Street
Nashville TN 37242

Tepe Enviromental Services LTD
7021 Cleves Warsaw Road
Cincinnati OH 45233

The Health Foundation
3805 Edwards Road
Cincinnati OH 45209

The Mark Madison Company
7861 Hamilton Ave
Cincinnati OH 45231

The Painting Contractor LLC
7 Banklick Street
Florence KY 41042

William Tippmamn
7533 Pinehurst Drive
Cincinnati OH 45244

TXU Energy
P O Box 650764
Dallas TX 75265

Ulmer & Berne
Jesse Lipcius
600 Vine Street #2800
Cincinnati OH 45202

Union Savings Bank
8534 E. Kemper Road
Cincinnati OH 45249

Union Savings Bank
8534 E. Kemper Road
Cincinnati OH 45249

Unit Building Services
3800 Red Bank Road
Cincinnati OH 45227

Universal Cleaning LLC
611 Shepherd Lane
Cincinnati OH 45215

US Bank
425 Walnut Street #250
Cincinnati OH 45202

US Bank National Association
Serve Stat Agent US NAtional ETC
425 Walnut
Cincinnati OH 45202

Mark Vanderlaan
1900 Chemed Center
255 East 5th Street
Cincinnati OH 45202

Santina Vanzant
Attorney for Union Savings Bank
8534 E Kemper Road
Cincinnati OH 45249

Villages of Bennington Property Owners
c/o William Miller
1650 Murfreesboro Road
Franklin TN 37067

Michelle Vollmar
2160 Kettering Tower
Dayton OH 45423

White Getgey & Meyer Co
Atty for Bear Creek Construction
Carl Stich Jr Esq
1 West 4th Street #1700
Cincinnati OH 45202

Gregory Wilson
1411 Sycamore Street
Cincinnati OH 45202

John Wykoff
2349 Victory Parkway
Cincinnati OH 45206

Mark Zelnik
c/o MCV Properties
500 Trillium Drive
Galloway OH 43119

```
Thomas Zemboch
9655 Tall Trail
Cincinnati OH 45242

Thomas Zemboch
```

B22A (Official Form 22A) (Chapter 7) (12/10)

| | |
|---|---|
| In re __Thomas L Neyer, Jr.__ <br> Debtor(s) <br> Case Number: _____ <br> (If known) | According to the information required to be entered on this statement (check one box as directed in Part I, III, or VI of this statement): <br> ☐ **The presumption arises.** <br> ■ **The presumption does not arise.** <br> ☐ **The presumption is temporarily inapplicable.** |

# CHAPTER 7 STATEMENT OF CURRENT MONTHLY INCOME AND MEANS-TEST CALCULATION

In addition to Schedules I and J, this statement must be completed by every individual chapter 7 debtor.  If none of the exclusions in Part I applies, joint debtors may complete one statement only.  If any of the exclusions in Part I applies, joint debtors should complete separate statements if they believe this is required by § 707(b)(2)(C).

| | **Part I. MILITARY AND NON-CONSUMER DEBTORS** |
|---|---|
| 1A | **Disabled Veterans.**  If you are a disabled veteran described in the Declaration in this Part IA, (1) check the box at the beginning of the Declaration, (2) check the box for "The presumption does not arise" at the top of this statement, and (3) complete the verification in Part VIII. Do not complete any of the remaining parts of this statement. <br><br> ☐ **Declaration of Disabled Veteran.** By checking this box, I declare under penalty of perjury that I am a disabled veteran (as defined in 38 U.S.C. § 3741(1)) whose indebtedness occurred primarily during a period in which I was on active duty (as defined in 10 U.S.C. § 101(d)(1)) or while I was performing a homeland defense activity (as defined in 32 U.S.C. §901(1)). |
| 1B | **Non-consumer Debtors.**  If your debts are not primarily consumer debts, check the box below and complete the verification in Part VIII. Do not complete any of the remaining parts of this statement. <br><br> ■ **Declaration of non-consumer debts.** By checking this box, I declare that my debts are not primarily consumer debts. |
| 1C | **Reservists and National Guard Members; active duty or homeland defense activity.**  Members of a reserve component of the Armed Forces and members of the National Guard who were called to active duty (as defined in 10 U.S.C. § 101(d)(1)) after September 11, 2001, for a period of at least 90 days, or who have performed homeland defense activity (as defined in 32 U.S.C. § 901(1)) for a period of at least 90 days, are excluded from all forms of means testing during the time of active duty or homeland defense activity and for 540 days thereafter (the "exclusion period"). If you qualify for this temporary exclusion, (1) check the appropriate boxes and complete any required information in the Declaration of Reservists and National Guard Members below, (2) check the box for "The presumption is temporarily inapplicable" at the top of this statement, and (3) complete the verification in Part VIII. **During your exclusion period you are not required to complete the balance of this form, but you must complete the form no later than 14 days after the date on which  your exclusion period ends, unless the time for filing a motion raising the means test presumption expires in your case before your exclusion period ends**. <br><br> ☐ **Declaration of Reservists and National Guard Members.**  By checking this box and making the appropriate entries below, I declare that I am eligible for a temporary exclusion from means testing because, as a member of a reserve component of the Armed Forces or the National Guard <br><br>      a. ☐ I was called to active duty after September 11, 2001, for a period of at least 90 days and <br>          ☐ I remain on active duty /or/ <br>          ☐ I was released from active duty on _____, which is less than 540 days before this bankruptcy case was filed; <br><br>          OR <br><br>      b. ☐ I am performing homeland defense activity for a period of at least 90 days /or/ <br>          ☐ I performed homeland defense activity for a period of at least 90 days, terminating on _____, which is less than 540 days before this bankruptcy case was filed. |

## Part II. CALCULATION OF MONTHLY INCOME FOR § 707(b)(7) EXCLUSION

| | | | | |
|---|---|---|---|---|
| 2 | **Marital/filing status.** Check the box that applies and complete the balance of this part of this statement as directed.<br>a. ☐ Unmarried. **Complete only Column A ("Debtor's Income") for Lines 3-11.**<br>b. ☐ Married, not filing jointly, with declaration of separate households. By checking this box, debtor declares under penalty of perjury: "My spouse and I are legally separated under applicable non-bankruptcy law or my spouse and I are living apart other than for the purpose of evading the requirements of § 707(b)(2)(A) of the Bankruptcy Code." **Complete only column A ("Debtor's Income") for Lines 3-11.**<br>c. ☐ Married, not filing jointly, without the declaration of separate households set out in Line 2.b above. **Complete both Column A ("Debtor's Income") and Column B ("Spouse's Income") for Lines 3-11.**<br>d. ☐ Married, filing jointly. **Complete both Column A ("Debtor's Income") and Column B ("Spouse's Income") for Lines 3-11.** | | | |

| | | Column A<br>Debtor's Income | Column B<br>Spouse's Income |
|---|---|---|---|
| | All figures must reflect average monthly income received from all sources, derived during the six calendar months prior to filing the bankruptcy case, ending on the last day of the month before the filing.  If the amount of monthly income varied during the six months, you must divide the six-month total by six, and enter the result on the appropriate line. | | |
| 3 | **Gross wages, salary, tips, bonuses, overtime, commissions.** | $ | $ |

| | | | | | |
|---|---|---|---|---|---|
| 4 | **Income from the operation of a business, profession or farm.**  Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 4.  If you operate more than one business, profession or farm, enter aggregate numbers and provide details on an attachment. Do not enter a number less than zero.  **Do not include any part of the business expenses entered on Line b as a deduction in Part V.** | | | $ | $ |

| | | | Debtor | Spouse |
|---|---|---|---|---|
| | a. | Gross receipts | $ | $ |
| | b. | Ordinary and necessary business expenses | $ | $ |
| | c. | Business income | Subtract Line b from Line a | |

| | | | | | |
|---|---|---|---|---|---|
| 5 | **Rents and other real property income.**  Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 5.  Do not enter a number less than zero.  **Do not include any part of the operating expenses entered on Line b as a deduction in Part V.** | | | $ | $ |

| | | | Debtor | Spouse |
|---|---|---|---|---|
| | a. | Gross receipts | $ | $ |
| | b. | Ordinary and necessary operating expenses | $ | $ |
| | c. | Rent and other real property income | Subtract Line b from Line a | |

| | | Column A | Column B |
|---|---|---|---|
| 6 | **Interest, dividends, and royalties.** | $ | $ |
| 7 | **Pension and retirement income.** | $ | $ |
| 8 | **Any amounts paid by another person or entity, on a regular basis, for the household expenses of the debtor or the debtor's dependents, including child support paid for that purpose.** Do not include alimony or separate maintenance payments or amounts paid by your spouse if Column B is completed.  Each regular payment should be reported in only one column; if a payment is listed in Column A, do not report that payment in Column B. | $ | $ |

| | | | | |
|---|---|---|---|---|
| 9 | **Unemployment compensation.** Enter the amount in the appropriate column(s) of Line 9.  However, if you contend that unemployment compensation received by you or your spouse was a benefit under the Social Security Act, do not list the amount of such compensation in Column A or B, but instead state the amount in the space below: | | $ | $ |

| | | | |
|---|---|---|---|
| | Unemployment compensation claimed to be a benefit under the Social Security Act | Debtor $ | Spouse $ |

| | | | |
|---|---|---|---|
| 10 | **Income from all other sources.** Specify source and amount.  If necessary, list additional sources on a separate page.  **Do not include alimony or separate maintenance payments paid by your spouse if Column B is completed, but include all other payments of alimony or separate maintenance.** Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, crime against humanity, or as a victim of international or domestic terrorism. | | |

| | | Debtor | Spouse |
|---|---|---|---|
| a. | | $ | $ |
| b. | | $ | $ |

| | Column A | Column B |
|---|---|---|
| Total and enter on Line 10 | $ | $ |

| | | | |
|---|---|---|---|
| 11 | **Subtotal of Current Monthly Income for § 707(b)(7).** Add Lines 3 thru 10 in Column A, and, if Column B is completed, add Lines 3 through 10 in Column B.  Enter the total(s). | $ | $ |

B22A (Official Form 22A) (Chapter 7) (12/10)                                                                                                                3

| 12 | **Total Current Monthly Income for § 707(b)(7).** If Column B has been completed, add Line 11, Column A to Line 11, Column B, and enter the total.  If Column B has not been completed, enter the amount from Line 11, Column A. | $ |

## Part III. APPLICATION OF § 707(b)(7) EXCLUSION

| 13 | **Annualized Current Monthly Income for § 707(b)(7).**  Multiply the amount from Line 12 by the number 12 and enter the result. | $ |
| 14 | **Applicable median family income.** Enter the median family income for the applicable state and household size. (This information is available by family size at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.)  a. Enter debtor's state of residence: _____   b. Enter debtor's household size: _____ | $ |
| 15 | **Application of Section 707(b)(7).** Check the applicable box and proceed as directed.  ☐ **The amount on Line 13 is less than or equal to the amount on Line 14.**  Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete Part VIII; do not complete Parts IV, V, VI or VII.  ☐ **The amount on Line 13 is more than the amount on Line 14.**  Complete the remaining parts of this statement. |

**Complete Parts IV, V, VI, and VII of this statement only if required.  (See Line 15.)**

## Part IV. CALCULATION OF CURRENT MONTHLY INCOME FOR § 707(b)(2)

| 16 | **Enter the amount from Line 12.** | | $ |
|----|----|----|----|
| 17 | **Marital adjustment.** If you checked the box at Line 2.c, enter on Line 17 the total of any income listed in Line 11, Column B that was NOT paid on a regular basis for the household expenses of the debtor or the debtor's dependents. Specify in the lines below the basis for excluding the Column B income (such as payment of the spouse's tax liability or the spouse's support of persons other than the debtor or the debtor's dependents) and the amount of income devoted to each purpose. If necessary, list additional adjustments on a separate page. If you did not check box at Line 2.c, enter zero. | | |
| | a.                                      $ | | |
| | b.                                      $ | | |
| | c.                                      $ | | |
| | d.                                      $ | | |
| | Total and enter on Line 17 | | $ |
| 18 | **Current monthly income for § 707(b)(2).**  Subtract Line 17 from Line 16 and enter the result. | | $ |

## Part V. CALCULATION OF DEDUCTIONS FROM INCOME

### Subpart A: Deductions under Standards of the Internal Revenue Service (IRS)

| 19A | **National Standards: food, clothing and other items.**  Enter in Line 19A the "Total" amount from IRS National Standards for Food, Clothing and Other Items for the applicable number of persons. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.)  The applicable number of persons is the number that would currently be allowed as exemptions on your federal income tax return, plus the number of any additional dependents whom you support. | | $ |
|----|----|----|----|
| 19B | **National Standards: health care.**  Enter in Line a1 below the amount from IRS National Standards for Out-of-Pocket Health Care for persons under 65 years of age, and in Line a2 the IRS National Standards for Out-of-Pocket Health Care for persons 65 years of age or older. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) Enter in Line b1 the applicable number of persons who are  under 65 years of age, and enter in Line b2 the applicable number of persons who are 65 years of age or older. (The applicable number of persons in each age category is the number that category that would currently be allowed as exemptions on your federal income tax return, plus the number of any additional dependents whom you support.) Multiply Line a1 by Line b1 to obtain a total amount for persons under 65, and enter the result in Line c1. Multiply Line a2 by Line b2 to obtain a total amount for persons 65 and older, and enter the result in Line c2. Add Lines c1 and c2 to obtain a total health care amount, and enter the result in Line 19B. | | |
| | **Persons under 65 years of age** | | **Persons 65 years of age or older** | |
| | a1. Allowance per person | | a2. Allowance per person | |
| | b1. Number of persons | | b2. Number of persons | |
| | c1. Subtotal | | c2. Subtotal | $ |
| 20A | **Local Standards: housing and utilities; non-mortgage expenses.**  Enter the amount of the IRS Housing and Utilities Standards; non-mortgage expenses for the applicable county and family size.  (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court). The applicable family size consists of the number that would currently be allowed as exemptions on your federal income tax return, plus the number of any additional dependents whom you support. | | $ |

B22A (Official Form 22A) (Chapter 7) (12/10)                                                                              4

| | | | |
|---|---|---|---|
| 20B | **Local Standards: housing and utilities; mortgage/rent expense.** Enter, in Line a below, the amount of the IRS Housing and Utilities Standards; mortgage/rent expense for your county and family size (this information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court) (the applicable family size consists of the number that would currently be allowed as exemptions on your federal income tax return, plus the number of any additional dependents whom you support); enter on Line b the total of the Average Monthly Payments for any debts secured by your home, as stated in Line 42; subtract Line b from Line a and enter the result in Line 20B. **Do not enter an amount less than zero.** | | |

| | | |
|---|---|---|
| a. | IRS Housing and Utilities Standards; mortgage/rental expense | $ |
| b. | Average Monthly Payment for any debts secured by your home, if any, as stated in Line 42 | $ |
| c. | Net mortgage/rental expense | Subtract Line b from Line a. |

(Line 20B total: $)

| | | |
|---|---|---|
| 21 | **Local Standards: housing and utilities; adjustment.** If you contend that the process set out in Lines 20A and 20B does not accurately compute the allowance to which you are entitled under the IRS Housing and Utilities Standards, enter any additional amount to which you contend you are entitled, and state the basis for your contention in the space below: | $ |

| | | |
|---|---|---|
| 22A | **Local Standards: transportation; vehicle operation/public transportation expense.** <br> You are entitled to an expense allowance in this category regardless of whether you pay the expenses of operating a vehicle and regardless of whether you use public transportation. <br><br> Check the number of vehicles for which you pay the operating expenses or for which the operating expenses are included as a contribution to your household expenses in Line 8. <br><br> ☐ 0   ☐ 1   ☐ 2 or more. <br><br> If you checked 0, enter on Line 22A the "Public Transportation" amount from IRS Local Standards: Transportation. If you checked 1 or 2 or more, enter on Line 22A the "Operating Costs" amount from IRS Local Standards: Transportation for the applicable number of vehicles in the applicable Metropolitan Statistical Area or Census Region. (These amounts are available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | $ |

| | | |
|---|---|---|
| 22B | **Local Standards: transportation; additional public transportation expense.** If you pay the operating expenses for a vehicle and also use public transportation, and you contend that you are entitled to an additional deduction for you public transportation expenses, enter on Line 22B the "Public Transportation" amount from IRS Local Standards: Transportation. (This amount is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | $ |

| | | |
|---|---|---|
| 23 | **Local Standards: transportation ownership/lease expense; Vehicle 1.** Check the number of vehicles for which you claim an ownership/lease expense. (You may not claim an ownership/lease expense for more than two vehicles.) <br><br> ☐ 1   ☐ 2 or more. <br><br> Enter, in Line a below, the "Ownership Costs" for "One Car" from the IRS Local Standards: Transportation (available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter in Line b the total of the Average Monthly Payments for any debts secured by Vehicle 1, as stated in Line 42; subtract Line b from Line a and enter the result in Line 23. **Do not enter an amount less than zero.** | |

| | | |
|---|---|---|
| a. | IRS Transportation Standards, Ownership Costs | $ |
| b. | Average Monthly Payment for any debts secured by Vehicle 1, as stated in Line 42 | $ |
| c. | Net ownership/lease expense for Vehicle 1 | Subtract Line b from Line a. |

(Line 23 total: $)

| | | |
|---|---|---|
| 24 | **Local Standards: transportation ownership/lease expense; Vehicle 2.** Complete this Line only if you checked the "2 or more" Box in Line 23. <br><br> Enter, in Line a below, the "Ownership Costs" for "One Car" from the IRS Local Standards: Transportation (available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter in Line b the total of the Average Monthly Payments for any debts secured by Vehicle 2, as stated in Line 42; subtract Line b from Line a and enter the result in Line 24. **Do not enter an amount less than zero.** | |

| | | |
|---|---|---|
| a. | IRS Transportation Standards, Ownership Costs | $ |
| b. | Average Monthly Payment for any debts secured by Vehicle 2, as stated in Line 42 | $ |
| c. | Net ownership/lease expense for Vehicle 2 | Subtract Line b from Line a. |

(Line 24 total: $)

| | | |
|---|---|---|
| 25 | **Other Necessary Expenses: taxes.** Enter the total average monthly expense that you actually incur for all federal, state and local taxes, other than real estate and sales taxes, such as income taxes, self employment taxes, social security taxes, and Medicare taxes. **Do not include real estate or sales taxes.** | $ |

B22A (Official Form 22A) (Chapter 7) (12/10)                                                                                    5

| 26 | **Other Necessary Expenses: involuntary deductions for employment.** Enter the total average monthly payroll deductions that are required for your employment, such as retirement contributions, union dues, and uniform costs. **Do not include discretionary amounts, such as voluntary 401(k) contributions.** | $ |
| 27 | **Other Necessary Expenses: life insurance.** Enter total average monthly premiums that you actually pay for term life insurance for yourself. **Do not include premiums for insurance on your dependents, for whole life or for any other form of insurance.** | $ |
| 28 | **Other Necessary Expenses: court-ordered payments.** Enter the total monthly amount that you are required to pay pursuant to the order of a court or administrative agency, such as spousal or child support payments. **Do not include payments on past due obligations included in Line 44.** | $ |
| 29 | **Other Necessary Expenses: education for employment or for a physically or mentally challenged child.** Enter the total average monthly amount that you actually expend for education that is a condition of employment and for education that is required for a physically or mentally challenged dependent child for whom no public education providing similar services is available. | $ |
| 30 | **Other Necessary Expenses: childcare.** Enter the total average monthly amount that you actually expend on childcare - such as baby-sitting, day care, nursery and preschool. **Do not include other educational payments.** | $ |
| 31 | **Other Necessary Expenses: health care.** Enter the total average monthly amount that you actually expend on health care that is required for the health and welfare of yourself or your dependents, that is not reimbursed by insurance or paid by a health savings account, and that is in excess of the amount entered in Line 19B. **Do not include payments for health insurance or health savings accounts listed in Line 34.** | $ |
| 32 | **Other Necessary Expenses: telecommunication services.** Enter the total average monthly amount that you actually pay for telecommunication services other than your basic home telephone and cell phone service - such as pagers, call waiting, caller id, special long distance, or internet service - to the extent necessary for your health and welfare or that of your dependents. **Do not include any amount previously deducted.** | $ |
| 33 | **Total Expenses Allowed under IRS Standards.** Enter the total of Lines 19 through 32. | $ |

| **Subpart B: Additional Living Expense Deductions** |
| **Note: Do not include any expenses that you have listed in Lines 19-32** |

| 34 | **Health Insurance, Disability Insurance, and Health Savings Account Expenses.** List the monthly expenses in the categories set out in lines a-c below that are reasonably necessary for yourself, your spouse, or your dependents. | |
| | a. Health Insurance $ | |
| | b. Disability Insurance $ | |
| | c. Health Savings Account $ | $ |
| | Total and enter on Line 34. **If you do not actually expend this total amount,** state your actual total average monthly expenditures in the space below: $ | |
| 35 | **Continued contributions to the care of household or family members.** Enter the total average actual monthly expenses that you will continue to pay for the reasonable and necessary care and support of an elderly, chronically ill, or disabled member of your household or member of your immediate family who is unable to pay for such expenses. | $ |
| 36 | **Protection against family violence.** Enter the total average reasonably necessary monthly expenses that you actually incurred to maintain the safety of your family under the Family Violence Prevention and Services Act or other applicable federal law. The nature of these expenses is required to be kept confidential by the court. | $ |
| 37 | **Home energy costs.** Enter the total average monthly amount, in excess of the allowance specified by IRS Local Standards for Housing and Utilities, that you actually expend for home energy costs. **You must provide your case trustee with documentation of your actual expenses, and you must demonstrate that the additional amount claimed is reasonable and necessary.** | $ |
| 38 | **Education expenses for dependent children less than 18.** Enter the total average monthly expenses that you actually incur, not to exceed $147.92* per child, for attendance at a private or public elementary or secondary school by your dependent children less than 18 years of age. **You must provide your case trustee with documentation of your actual expenses, and you must explain why the amount claimed is reasonable and necessary and not already accounted for in the IRS Standards.** | $ |

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

| | | |
|---|---|---|
| 39 | **Additional food and clothing expense.** Enter the total average monthly amount by which your food and clothing expenses exceed the combined allowances for food and clothing (apparel and services) in the IRS National Standards, not to exceed 5% of those combined allowances. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) **You must demonstrate that the additional amount claimed is reasonable and necessary.** | $ |
| 40 | **Continued charitable contributions.** Enter the amount that you will continue to contribute in the form of cash or financial instruments to a charitable organization as defined in 26 U.S.C. § 170(c)(1)-(2). | $ |
| 41 | **Total Additional Expense Deductions under § 707(b).** Enter the total of Lines 34 through 40. | $ |

### Subpart C: Deductions for Debt Payment

| | | |
|---|---|---|
| 42 | **Future payments on secured claims.** For each of your debts that is secured by an interest in property that you own, list the name of the creditor, identify the property securing the debt, and state the Average Monthly Payment, and check whether the payment includes taxes or insurance. The Average Monthly Payment is the total of all amounts scheduled as contractually due to each Secured Creditor in the 60 months following the filing of the bankruptcy case, divided by 60. If necessary, list additional entries on a separate page. Enter the total of the Average Monthly Payments on Line 42. | $ |

| | Name of Creditor | Property Securing the Debt | Average Monthly Payment | Does payment include taxes or insurance? |
|---|---|---|---|---|
| a. | | | $ | ☐ yes ☐ no |
| | | | Total: Add Lines | |

| | | |
|---|---|---|
| 43 | **Other payments on secured claims.** If any of debts listed in Line 42 are secured by your primary residence, a motor vehicle, or other property necessary for your support or the support of your dependents, you may include in your deduction 1/60th of any amount (the "cure amount") that you must pay the creditor in addition to the payments listed in Line 42, in order to maintain possession of the property. The cure amount would include any sums in default that must be paid in order to avoid repossession or foreclosure. List and total any such amounts in the following chart. If necessary, list additional entries on a separate page. | $ |

| | Name of Creditor | Property Securing the Debt | 1/60th of the Cure Amount |
|---|---|---|---|
| a. | | | $ |
| | | | Total: Add Lines |

| | | |
|---|---|---|
| 44 | **Payments on prepetition priority claims.** Enter the total amount, divided by 60, of all priority claims, such as priority tax, child support and alimony claims, for which you were liable at the time of your bankruptcy filing. **Do not include current obligations, such as those set out in Line 28.** | $ |
| 45 | **Chapter 13 administrative expenses.** If you are eligible to file a case under Chapter 13, complete the following chart, multiply the amount in line a by the amount in line b, and enter the resulting administrative expense. | |

| | | | |
|---|---|---|---|
| a. | Projected average monthly Chapter 13 plan payment. | $ | |
| b. | Current multiplier for your district as determined under schedules issued by the Executive Office for United States Trustees. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | x | |
| c. | Average monthly administrative expense of Chapter 13 case | Total: Multiply Lines a and b | $ |

| | | |
|---|---|---|
| 46 | **Total Deductions for Debt Payment.** Enter the total of Lines 42 through 45. | $ |

### Subpart D: Total Deductions from Income

| | | |
|---|---|---|
| 47 | **Total of all deductions allowed under § 707(b)(2).** Enter the total of Lines 33, 41, and 46. | $ |

### Part VI. DETERMINATION OF § 707(b)(2) PRESUMPTION

| | | |
|---|---|---|
| 48 | **Enter the amount from Line 18 (Current monthly income for § 707(b)(2))** | $ |
| 49 | **Enter the amount from Line 47 (Total of all deductions allowed under § 707(b)(2))** | $ |
| 50 | **Monthly disposable income under § 707(b)(2).** Subtract Line 49 from Line 48 and enter the result. | $ |
| 51 | **60-month disposable income under § 707(b)(2).** Multiply the amount in Line 50 by the number 60 and enter the result. | $ |

| | |
|---|---|
| 52 | **Initial presumption determination.** Check the applicable box and proceed as directed.<br><br>☐ **The amount on Line 51 is less than $7,025**[*]. Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete the verification in Part VIII. Do not complete the remainder of Part VI.<br><br>☐ **The amount set forth on Line 51 is more than $11,725*** Check the box for "The presumption arises" at the top of page 1 of this statement, and complete the verification in Part VIII. You may also complete Part VII. Do not complete the remainder of Part VI.<br><br>☐ **The amount on Line 51 is at least $7,025*, but not more than $11,725*.** Complete the remainder of Part VI (Lines 53 through 55). |

| | | |
|---|---|---|
| 53 | Enter the amount of your total non-priority unsecured debt | $ |
| 54 | **Threshold debt payment amount.** Multiply the amount in Line 53 by the number 0.25 and enter the result. | $ |

| | |
|---|---|
| 55 | **Secondary presumption determination.** Check the applicable box and proceed as directed.<br><br>☐ **The amount on Line 51 is less than the amount on Line 54.** Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete the verification in Part VIII.<br><br>☐ **The amount on Line 51 is equal to or greater than the amount on Line 54.** Check the box for "The presumption arises" at the top of page 1 of this statement, and complete the verification in Part VIII. You may also complete Part VII. |

| | |
|---|---|
| | **Part VII. ADDITIONAL EXPENSE CLAIMS** |

| | |
|---|---|
| 56 | **Other Expenses.** List and describe any monthly expenses, not otherwise stated in this form, that are required for the health and welfare of you and your family and that you contend should be an additional deduction from your current monthly income under § 707(b)(2)(A)(ii)(I). If necessary, list additional sources on a separate page. All figures should reflect your average monthly expense for each item. Total the expenses. |

| | Expense Description | Monthly Amount |
|---|---|---|
| a. | | $ |
| b. | | $ |
| c. | | $ |
| d. | | $ |
| | Total: Add Lines a, b, c, and d | $ |

| | |
|---|---|
| | **Part VIII. VERIFICATION** |

| | |
|---|---|
| 57 | I declare under penalty of perjury that the information provided in this statement is true and correct. *(If this is a joint case, both debtors must sign.)*<br><br>Date:   __June 23, 2011_____        Signature:   __/s/ Thomas L Neyer, Jr._____<br><br>                                                                         **Thomas L Neyer, Jr.**<br>                                                                              *(Debtor)* |

[*] Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.